

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, ET AL., | § | |
| | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. B-91-185 |
| | § | Consolidated with: |
| MALLORY CAPACITOR COMPANY, | § | B-92-079 |
| ET AL., | § | B-93-009 |
| | § | B-93-137 |
| Defendants | § | B-94-047 |
| | § | |

## ORDER

This Court has before it for consideration Texas State Bank's Petition For Approval of Resignation of Trustee, Approval of Accounting, Approval of Trustee's Fees and Expenses, Release and Discharge of Trustee, and Appointment of Successor Trustee. After review of the entire file and consideration of the same, it is the opinion of this Court that a Guardian Ad Litem be appointed to represent the best interests of Porfirio Eliasar Gamez Lara, an incapacitated adult, who is the sole beneficiary of the Trust at issue with respect to Texas State Bank's Petition.

Since A.C. Nelson was the Guardian Ad Litem for Porfirio Eliasar Gamez Lara when such Trust was created, the Court finds that it would be fair, reasonable, and just to appoint A.C. Nelson, State Bar Number 14885600, 3505 Boca Chica, Suite 434, Brownsville, Texas 78521, as Guardian Ad Litem to represent and protect the best interests of Porfirio Eliasar Gamez Lara with respect to the matters in Texas State Bank's Petition.

The Court recognizes that it is in the best interests of Porfirio Eliasar Gamez Lara to have this matter resolved as soon as possible. Consequently, the Court directs the Guardian Ad Litem,

1

A.C. Nelson, and all proper parties to meet to resolve this matter as soon as possible and, thereafter, to notify the Court so that it can schedule a telephonic hearing to consider the merits of the Petition and the positions of all parties involved.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that A.C. Nelson, State Bar Number 14885600, 3505 Boca Chica, Suite 434, Brownsville, Texas 78521, should be and is hereby appointed as Guardian Ad Litem to represent and protect the best interests of Porfirio Eliasar Gamez Lara with respect to Texas State Bank's Petition and be reasonably compensated for such representation.

DONE this 3nd day of February, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge

2