IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 25 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, ET AL, | § | |
| Plaintiffs | § | |
| V. | § | CIVIL ACTION NO. B-91-185 |
| | § | Consolidated with: |
| MALLORY CAPACITOR COMPANY, ET AL, | § | B-92-079 |
| | § | B-93-009 |
| | § | B-93-137 |
| Defendants | § | B-94-047 |

### ORDER SETTING HEARING

BE IT REMEMBERED that Petitioner's Petition for Approval of Resignation of Trustee, Approval of Accounting, Approval of Trustee's Fees and Expenses, Release and Discharge of Trustee, and Appointment of Successor Trustee, has been presented to the Court;

IT IS, **ORDERED** by the Court that said Petition for Approval of Resignation of Trustee, Approval of Accounting, Approval of Trustee's Fees and Expenses, Release and Discharge of Trustee, and Appointment of Successor Trustee should be and the same is hereby set for hearing before this Court at __9:00__ o'clock __a__.m. on the __19th__ day of __September__, 2000.

The clerk of this Court is hereby **ORDERED** to notify all Counsel of record of this setting.

SIGNED FOR ENTRY this the __24th__ day of __AUGUST__, 2000.

_____
**JUDGE PRESIDING**