/                                    *194*

<table>
<tr><td colspan="2">UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION</td><td>United States District Court<br>Southern District of Texas<br>FILED</td></tr>
</table>

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**JAN 1 7 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, ET AL | § | |
| Plaintiffs | § | |
| | § | Civil Action No. B-91-185 |
| VS. | § | Consolidated with: |
| | § | B-92-079 |
| MALLORY CAPICATOR COMPANY, | § | B-93-009 |
| ET AL | § | B-93-137 |
| Defendants | § | B-34-047 |

## UNOPPOSED MOTION TO DISSOLVE TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, HILDA CABALLERO Beneficiary (hereinafter referred to as Petitioner), on behalf of Blanca Estella Caballero, Primary Petitioner, by and through their attorney Ricardo M. Adobbati and file this their Motion to Dissolve Special Needs Trust and in support thereof would respectfully show the following:

1.

### PARTIES

1.01    All necessary parties to this action are properly before the Court and have been duly served with citation in the manner required by law, or have voluntarily entered a general appearance in this cause.

2.

### FACTS

2.01    On or about June 27, 1995, this Honorable Court approved a Special Needs Trust on behalf of several plaintiffs as a result of personal injuries received while employed. This

1

Court ordered a Special Needs Trust be created in favor of Primary Petitioner in order to administer settlement proceeds resulting in the above referenced cause of action.

2.02 Texas Property Code § 112.054 provides that on petition of a beneficiary, a court may order that a trust be modified or terminated if:

(1)     the purposes of the trust have been fulfilled or have become illegal or impossible to fulfill; or

(2)     because of circumstances not known to or anticipated by the settlor, compliance with the terms of the trust would defeat or substantially impair the accomplishment or the purposes of the trust.

§112.054 (a) Texas Property.

2.03 In this case, the above requirements have been met. The current Trustee of the Trust is Texas State Bank. Petitioner and Trustee respectfully request termination of the Trust because she believes it is in the best interests of the Primary Beneficiary to handle her own financial affairs as Blanca Estella Caballero has now attained the age of eighteen (18) years and is fully competent to make decisions regarding the disbursements of the monies held in trust.

2.04     Additionally, primary petitioner has made several applications for government assistance including application for social security benefits.     Due to the fact these agencies search for assets, they have determined primary petitioner has an active trust therefore resulting in denial of their applications.     Petitioner is in a precarious position. She is not provided government assistance by virtue of Social Security benefits due to the existence of the trust, however, due to the limitations of the trust, she is not allowed to withdraw funds for her well being based on the fact that the trust assumes Social Security benefits would provide such benefits. For this reason, Primary Petitioner respectfully requests termination of the trust in order to obtain the monies necessary to aid in the payment of her health and legitimate needs.

2

2.05    Furthermore, Primary petitioner is unemployed at the present time and has recently birthed a child.   Such monies would not only benefit primary petitioner but also assist in the support of her child.

3.

## FINAL ACCOUNTING

3.01    Petitioner herein would request that the Trustee produce a Final Accounting for approval by this court.

4.

## ATTORNEY'S FEES

4.01    As a result of the dissolution of such trust, petitioner has found it necessary to retain counsel and hereby seeks recovery of reasonable attorney's fees as allowed by Texas Civil Practice and Remedies Code §38.001.

5.

## PRAYER

5.01    WHEREFORE, PREMISES CONSIDERED, Petitioner requests that this court grant the termination of the trust and order a final accounting of the trust and after payment of all Trustee's fees, court costs and expenses, legal fees, said monies be distributed to Blanca Estella Caballero and for such other and further relief, to which petitioner and primary petitioner may show themselves justly entitled to receive.

Signed on this the ___17___ day of December, 2001.

                          Respectfully submitted,

                          LAW OFFICES OF RICARDO M. ADOBBATI
                          134 E. Price Road
                          Brownsville, Texas  78521
                          Telephone: (956) 544-6881
                          Facsimile: (956) 544-6883

By:_____
             Ricardo M. Adobbati
             State Bar NO. 00790208
             USDC Adm No. 18158

             Attorneys for Petitioner

## CERTIFICATE OF CONFERENCE

    I, Ricardo M. Adobbati, attorney for plaintiff conferred with Lupita Rosales-Aguilar, authorized representative for Trustee, Texas State Bank on this __18__ day of December, 2001 and she has informed me she is not opposed to the filing of this motion.

_____
Ricardo M. Adobbati

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___10th___ day of  January,  2002 I have mailed a true and correct copy of the foregoing instrument to be delivered to:

Ms. Lupita Rosales-Aguilar
TEXAS STATE BANK
115 E. Van Buren Street
Harlingen, Texas   78550

via certified mail, return receipt requested.

_____
Ricardo M. Adobbati

5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, ET AL | § | |
| Plaintiffs | § | |
| | § | Civil Action No. B-91-185 |
| VS. | § | Consolidated with: |
| | § | B-92-079 |
| MALLORY CAPICATOR COMPANY, | § | B-93-009 |
| ET AL | § | B-93-137 |
| Defendants | § | B-34-047 |

## ORDER SETTING HEARING ON UNOPPOSED MOTION TO DISSOLVE TRUST

On this day, came on to be considered, petitioner's Unopposed Motion to Dissolve Trust

in the above styled and numbered cause. The Court having considered petitioner's motion is of

the opinion same should be set for hearing. It is therefore,

ORDERED, ADJUDGED and DECREED petitioner's UNOPPOSED MOTION TO

DISSOLVE TRUST is hereby set for hearing on the _____ day of _____

_____, 2002 at _____:_____ o'clock ___:m. before the United States District Court for the

Southern District of Texas, Brownsville Division.

Signed for Entry on this the _____ day of _____, 2002.


_____
U.S. DISTRICT JUDGE

cc:     Mr. Ricardo M. Adobbati
        Ms. Lupita Rosales-Aguilar

1