19С

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-91-185 |
| | § | |
| MALLORY CAPICATOR COMPANY, ET AL. | § § | |

TYPE OF CASE  __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON UNOPPOSED MOTION TO DISSOLVE TRUST**

PLACE.

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 19, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U S MAGISTRATE JUDGE

DATE:    FEBRUARY 15, 2002

TO.      MR RICHARD ADOBBATI