196

United States District Court
Southern District of Texas
FILED

FEB 19 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON UNOPPOSED MOTION TO DISSOLVE TRUST

CIVIL ACTION NO. B-91-185         DATE & TIME:   02-19-02 AT 1:30 P.M.

ROLANDO RODRIGUEZ, ET AL.         PLAINTIFF(S)   RICHARD ADOBBATI
                                  COUNSEL

VS.

MALLORY CAPICATOR COMPANY,        DEFENDANT(S)
 ET AL.                           COUNSEL

-------------------------------------------------------------------------------

CSO: Ruben Salinas
ERO: Linda Garcia

   Attorney Richard Adobbati appeared with Blanca Estella Caballero.

   Ms. Caballero testified that she is 22 years old and wants to dissolve the trust holding her funds.