UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, ET AL | § | |
| Plaintiffs | § | |
| | § | Civil Action No. B-91-185 |
| VS. | § | Consolidated with: |
| | § | B-92-079 |
| MALLORY CAPICATOR COMPANY, | § | B-93-009 |
| ET AL | § | B-93-137 |
| Defendants | § | B-34-047 |

## UNOPPOSED ORDER DISSOLVING TRUST ON BEHALF OF BLANCA ESTELLA CABALLERO

On the _19TH_ day of _FEBRUARY_, 200_2_ came to be heard the Original Petition for approval of Trustee's resignation and termination of trust in the above entitled and numbered cause filed by Blanca Esthela Caballero. Petitioner appeared by and through her counsel of record, Ricardo M. Adobbati and announced ready for trial. Texas State Bank, the duly authorized and appointed trustee of the Section 142 trust established by this Court in the above entitled and numbered cause appeared by and through its counsel of record, Marlene A. Meyer of Meyer & Guerrero, L.L.P and announced ready for trial. No jury having been demanded by any party, all issues of fact and law were submitted to the Court for decision.

Having reviewed the pleadings and other papers on file in this cause, and having considered the evidence presented at trial and arguments of counsel, the Court finds as follows:

1. The Court has jurisdiction and venue of this action.

2. All necessary parties to this action are properly before the Court and have been duly served with citation in the manner required by law, or have voluntarily entered a general appearance in this cause.

3. The TRUST AGREEMENT FOR BLANCA ESTHELA CABALLERO CHAVARRIA, A MINOR CHILD dated June 27, 1995 is an irrevocable Trust created by Texas State Bank for the benefit of Blanca Esthela Caballero Chavarria (the Primary Beneficiary).

4. The current Trustee of the Trust is Texas State Bank.

5. Blanca Esthela Caballero Chavarria is the sole person appointed Primary Beneficiary of her estate in the United States District Court, Southern District of Texas, Brownsville Division, Cameron County, Texas.

6. Section 112.054 of the Texas Trust Code provides that on petition of a beneficiary, a court may order that a trust be terminated if:
    a.    The purposes of the trust have been fulfilled or have become illegal or impossible to fulfill; or
    b.    Because of circumstances not known to or anticipated by the settlor, compliance with the terms of the trust would defeat or substantially impair the accomplishment of the purposes of the trust.

7. Petitioner has requested termination of the Trust because she believes it is in the best interest of the Primary Beneficiary to dissolve the trust. Beneficiary has become the age of eighteen years and able to handle her personal affairs. The funds will be presented to the Court with guardianship jurisdiction in Cause No .B-91-185, United States District Court, Southern District of Texas, Brownsville Division, Cameron County, Texas.

8. The interests of the Primary Beneficiary would be best served by terminating the trust as her limited access to the funds has created a situation contrary to the intent of the trust, that is, that said funds be used for her maintenance and well being.

9. Texas State Bank has tendered an accounting of their actions as Trustee of the Trust ("Final Accounting"). The Final Accounting reflects the Trustee has administered the Trust in accordance with the requirements of the Trust and the Texas law.

10. The Final Accounting should be approved in all respects, and the trustee should be released and discharged from any and all liabilities arising out of, or in any way related to, the Trust or the Trust Termination.

11. The Trust should be terminated and the remaining Trust estate, after payment of all Trustee's fees, Court costs and expenses, and legal fees, be distributed to Blanca Esthela Caballero Chavarria.

12. The Trustee should promptly liquidate all non-cash assets of the Trust, if any.

13. Although there may be unborn or unascertained contingent beneficiaries of the Trust, their interests are adequately represented in this proceeding by Blanca Esthela Caballero Chavarria.

14. Pursuant to Section 114.064 of the Texas Trust Code, the Petitioner is entitled to recover reasonable and necessary attorney fees and litigation expenses from the Trust.

    It is, therefore, ORDERED, ADJUDGED and DECREED that the Trust is hereby terminated; that the termination shall be effective immediately upon the entry of this Final Judgment by the Court, that the Trustee is directed to deliver the remaining

trust estate, after payment of all Trustee's fees, Court costs and expenses and legal fees, to Blanca Esther Caballero Chavarria. The provisions of this Final Judgement shall constitute sufficient legal authority to all persons owing any money to the Trust, having custody of any property of the Trust, or acting as registrar or transfer agent for any property of the trust, for payment or transfer of such money, property or right, without liability, to Blanca Esther Caballero Chavarria.

It is further ORDERED, ADJUDGED and DECREED that the Trustee shall promptly liquidate all non-cash assets of the Trust held in the Trustee's name and that the Trustee shall deliver all properties in its possession, after payment of all trustee's fees, court costs, expenses and legal fees as above set forth, to Blanca Esther Caballero Chavarria, as soon as reasonably possible after the entry of the Final Judgement. In addition, if requested to do so, the Trustee shall execute any other document reasonably necessary to effect the transfer to title or delivery of its interest as trustee in the properties of the Trust to Blanca Esther Caballero Chavarria.

It is further ORDERED, ADJUDGED and DECEED that the Final Accounting submitted by the Trustee is hereby approved in all respects, and that the Trustee is released and discharged from any and all liabilities arising ort of, or in any way related to, the administration of the Trust, including its termination.

It is further ORDERED, ADJUDGED and DECREED that Ricardo Adobbati is entitled to recover reasonable attorney fees and court costs of $2,500 from the Trust pursuant to Section 114.064 of the Texas Trust Code, and that these fees shall be paid prior to the delivery of any properties to Blanca Esther Caballero Chavarria.

It is further ORDERED, ADJUDGED and DECEED that all filing fees and court costs in this cause are hereby taxed against the Trust, for which let execution issue if not timely paid.

All relief requested and not expressly granted herein is denied.

SIGNED this _19th_ day of _FEBRUARY_, 2002.

                                                  UNITED STATED DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

MEYER & GUERRERO
308 North 15th Street
McAllen, TX 78501
Telephone No. (956) 631-8121
Telefax No.: (956) 631-1489


By:_____
    Marlane A Meyer
    State Bar No. 13993800
    Attorney for the Texas State Bank



LAW OFFICES OF RICARDO M. ADOBBATI
134 E. Price Road
Brownsville, Texas 78521
Telephone No. (956) 544-6881
Facsimile No. (956) 544-6883


_____
Ricardo M. Adobbati
USDC Adm No. 18158
Attorney for Blanca Esthela Caballero Chavarria