United States District Court
Southern District of Texas
FILED

MAR 2 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |
| Defendants | ) | |

## RESIGNATION OF TRUSTEE OF THE REYNALDO SANCHEZ DE LA FUENTE TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

On or about June 27, 1995, this Court created the Reynaldo Sanchez De La Fuente Trust by Trust Agreement of same date; and

The Trust Agreement provides that Texas State Bank serve as Trustee of the Trust, and the Bank accepted its appointment as Trustee on June 29, 1995; and

Texas State Bank has served as Trustee of the Trust since that time, but now desires to resign its Trustee position; and

The Trust Agreement provides in paragraph 5.2 that the Trustee may at any time resign by giving thirty (30) days advance written notice to the Court and to the Beneficiary;

NOW, THEREFORE, Texas State Bank hereby gives written notice of its resignation as Trustee of the Reynaldo Sanchez De La Fuente Trust, as established by Decree of the Court dated June 27, 1995, in Cause Number B-91-185.

A listing of the Trust assets as of March 20, 2002, is attached hereto as Exhibit "A." In addition, the Trust receives payments from MetLife Annuity Number NS50229MLS in the amount of $450.00 per month. These payments continue under the following schedule:

| | | |
|---|---|---|
| $400/Monthly | Beginning | 8-31-95 until 7-31-99 |
| $450/Monthly | Beginning | 8-31-99 until 7-31-03 |
| $475/Monthly | Beginning | 8-31-03 until 7-31-07 |
| $466/Monthly for life guaranteed 30 years starting 8-31-07 | | |

A copy of a letter from MetLife, dated 04/23/2001, regarding said Annuity is attached as Exhibit "B."

This Resignation shall be effective May 1, 2002, or thirty (30) days after this Resignation is filed, whichever is later; at which time the Trustee shall deposit the then existing corpus and undistributed income of the Trust into the registry of the Court or with another Trustee, as the Court may direct.

Respectfully submitted,

ROUNTREE & KITHCART, L.L.P., Attorneys for Texas State Bank, Trustee of the Reynaldo Sanchez De La Fuente Trust

By: _____
David Kithcart
State Bar No. 11541300
Federal ID No. 1087

ADDRESS:

ROUNTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447
Telephone: (956) 440-1234
Telecopier: (956) 440-1235

For the Account of: *REYNALDO SANCHEZ SPECIAL NEEDS TRUST*

Account Number: *28 00 7703 06 0*

Report Date: *March 21, 2002*

| | As of Close | Last Pricing Date |
|---|---|---|
| | March 20, 2002 | March 20, 2002 |

# Asset Review

| Shares or Par Value | | Unit Market | Investment Cost Basis | Market Value | Estimated Annual Income | Current Yield |
|---|---|---|---|---|---|---|
| | **CASH** | | | | | |
| | INCOME CASH | | -122.50 | -122.50 | | |
| | PRINCIPAL CASH | | 0.00 | 0.00 | | |
| | TOTAL CASH | | -122.50 | -122.50 | | |
| | **CASH EQUIVALENTS** | | | | | |
| | **SAVINGS ACCOUNT** | | | | | |
| 13,393.4200 | TEXAS STATE BANK MONEY MARKET ACCT - PRINCIPAL | 1.000 | 13,393.42 | 13,393.42 | 265.19 | 1.98 |
| | TOTAL SAVINGS ACCOUNT | | 13,393.42 | 13,393.42 | 265.19 | 1.98 |
| | TOTAL CASH EQUIVALENTS | | 13,393.42 | 13,393.42 | 265.19 | 1.98 |
| | **FIXED INCOME SECURITIES** | | | | | |
| | **U.S. GOVT AGENCIES** | | | | | |
| 10,000.0000 | FEDERAL HOME LOAN BANK 4.675% 10/15/02 | 101.396 | 9,651.85 | 10,139.61 | 467.50 | 4.61 |
| | TOTAL U.S. GOVT AGENCIES | | 9,651.85 | 10,139.61 | 467.50 | 4.61 |
| | **FIXED INCOME FUNDS-TAXABLE** | | | | | |
| 3,030.3030 | FEDERATED GOVERNMENT ULTRASHORT FUND #626 | 1.990 | 6,000.00 | 6,030.30 | 157.58 | 2.61 |
| | TOTAL FIXED INCOME FUNDS-TAXABLE | | 6,000.00 | 6,030.30 | 157.58 | 2.61 |
| | TOTAL FIXED INCOME SECURITIES | | 15,651.85 | 16,169.91 | 625.08 | 3.87 |
| | **MUTUAL FUNDS** | | | | | |
| | **EQUITY FUNDS-TAXABLE** | | | | | |
| 174.6220 | WEITZ PARTNERS VALUE FUND INC | 21.080 | 3,425.54 | 3,681.03 | 36.62 | 0.99 |
| | TOTAL EQUITY FUNDS-TAXABLE | | 3,425.54 | 3,681.03 | 36.62 | 0.99 |
| | TOTAL MUTUAL FUNDS | | 3,425.54 | 3,681.03 | 36.62 | 0.99 |
| | GRAND TOTAL | | 32,348.31 | 33,121.86 | 926.89 | 2.80 |

EXHIBIT "A"                                                              Page       1

Met Life Pensions
P.O. Box 740278
Atlanta, GA 30374

**MetLife**®

04/23/2001

R. SANCHEZ DELA FUENTE
3700 N 10TH ST STE 306
MCALLEN, TX 785011775

Re: NS50229MLS

To our valued customer:

Effective May 1, 2001, the servicing of your annuity will be transferred to our Administrative Services Unit in Atlanta, Georgia. You can contact us by writing to:

**Routine Mail:**

MetLife
P.O. Box 740278
Atlanta, GA  30374

**Overnight Mail**

MetLife
211 Perimeter Center Parkway
Suite 600
Atlanta, GA 30346-1305

Continue to contact us at 1-800- 638-2704 **or by fax at 1-770-913-3705.**

Please be assured that you will continue to receive the same level of service you have come to expect from MetLife.

Once again, this change is effective **May 1, 2001** and we look forward to meeting all your service needs.

RECEIVED

APR 3 0 2001



TEXAS STATE BANK

JY5583.SCRE (04/2001)

EXHIBIT "B"