United States District Court
Southern District of Texas
FILED

APR 17 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |
| Defendants | ) | |

## CERTIFICATE OF SERVICE OF RESIGNATION OF TEXAS STATE BANK AS TRUSTEE OF THE REYNALDO SANCHEZ DE LA FUENTE TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The undersigned attorney of record for Texas State Bank hereby certifies that on March 22, 2002, a true and correct copy of the Resignation of Trustee of the Reynaldo Sanchez De La Fuente Trust filed herein by Texas State Bank on March 25, 2002, was sent by certified mail, return receipt requested, to Reynaldo Sanchez De La Fuente at 375 Media Luna, Apartment 807, Brownsville, Texas 78521. A true and correct copy of the return receipt for such certified mail notice is attached hereto as Exhibit "A."

Respectfully submitted,

ROUNTREE & KITHCART, L.L.P., Attorneys
for Texas State Bank, Trustee of the Reynaldo
Sanchez De La Fuente Trust

By: _____
David Kithcart
State Bar No. 11541300
Federal ID No. 1087

ADDRESS:

ROUNTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447
Telephone: (956) 440-1234
Telecopier: (956) 440-1235

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

7106 4575 1294 4286 3628

TO:
Mr. Reynaldo Sanchez De La Fuente
375 Media Luna, Apartment 807
BROWNSVILLE TX 78521

SENDER:   DEK/va 3/22/02

REFERENCE:TSB/Reynaldo Sanchez
4.0142

PS Form 3800, June 2000

Postage         1.03
Certified Fee   2.10
Return Receipt Fee  1.50
Restricted Delivery
Total Postage & Fees

POSTMARK OR DATE — HARLINGEN TX MAR 22 2002 USPS  No 278550

---

**2. Article Number**

7106 4575 1294 4286 3628

**3. Service Type**  CERTIFIED MAIL

**4. Restricted Delivery?** (Extra Fee)  ☐ Yes

**1. Article Addressed to:**
Mr. Reynaldo Sanchez De La Fuente
375 Media Luna, Apartment 807
BROWNSVILLE TX 78521

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Erika Morin
B. Date of Delivery: 3/25/02
C. Signature: X Erika Dominez
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

RE: TSB/Reynaldo Sanhcez 4.0142    SENDER:   DEK/va 3/22/0

PS Form 3811, June 2000    Domestic Return Receipt

EXHIBIT "A"

Page 1 of 1