200

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROLANDO RODRIGUEZ, et al.

VS.

MALLORY CAPACITOR COMPANY, et al.

NOTICE

CIVIL ACTION NO. B-91-185
Consolidated with:
B-92-079
B-93-009
B-93-137
B-94-047

Type of Case:

☒ CIVIL        ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place:<br><br>U.S Courthouse - 3RD Floor<br>600 E. Harrison. Street<br>Brownsville, Texas 78520 | Room No: COURTROOM #4<br>U.S. DISTRICT JUDGE<br>FILEMON B. VELA |
|---|---|
| | Date and time:<br>April 24, 2002    @    1 : 30 p.m. |
| TYPE OF PROCEEDING: HEARING ON THE RESIGNATION OF TRUSTEE OF REYNALDO SANCHEZ DE LA FUENTE TRUST. ||
| TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below: ||

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

(BY) DEPUTY CLERK

DATE: APRIL 18, 2002

To: ALL COUNSEL