201

# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

APR 24 2002

Michael N. Milby
Clerk of Court

JUDGE  FILEMON B. VELA

LAWCLERK/COURTROOM DEPUTY: Maria Estela Garcia

COURT REPORTER: Bill Holloway         INTERPRETER: David Hoover (used/not used)

DATE:  4/24/02                        TIME:  1:40 p.m. - 2:12 p.m.

*************************************************************************

CIVIL ACTION NO.  B-91-185

ROLANDO RODRIGUEZ

vs

MALLORY CAPACITOR COMPANY

---

Hearing called on the Resignation of the Trustee of the Reynaldo Sanchez de la Fuente Trust. Both sides ready and present. Ricardo Adobbati, Arturo Nelson and David Kithcart. Reynaldo Sanchez de la Fuente present. Evidence heard. Resignation of Trustee taken under advisement. Court ordered Reynaldo Sanchez de la Fuente not to contact the bank. He should discuss this matter only with his attorneys. Exh 1, 2, & 3 attached.