IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROLANDO RODRIGUEZ, et al. ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, ) | Consolidated with: |
| ) | B-92-079 |
| VS. ) | B-93-009 |
| ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. ) | B-94-047 |
| Defendants ) | |

### ORDER ON RESIGNATION OF TRUSTEE
### OF THE REYNALDO SANCHEZ DE LA FUENTE TRUST

On the 24th day of April, 2002, pursuant to previous setting, came on for hearing the Resignation of Trustee of the Reynaldo Sanchez De La Fuente Trust, filed herein by Texas State Bank on or about March 25, 2002. Texas State Bank appeared by representative and by attorney of record, Mr. David Kithcart. The beneficiary of the Trust, Mr. Reynaldo Sanchez De La Fuente, appeared in person, and by attorney Mr. Ricardo M. Adobbati. Also appearing was Mr. Arturo C. Nelson. The attorney for Texas State Bank announced to the Court that the Bank would suspend the effective date of its resignation, without waiving its right to resign pursuant to the terms of the Trust, in order to give the parties an opportunity to present to the Court a plan for delivery of Trust assets upon the resignation of Texas State Bank. After hearing the evidence, and considering same and the argument of counsel, the Court is of the opinion that an Order should be entered as follows:

It is ORDERED that Mr. Arturo C. Nelson is appointed as Guardian Ad Litem for Mr. Reynaldo Sanchez De La Fuente until further order of the Court.

It is further ORDERED that the Resignation of Trustee of the Reynaldo Sanchez De La Fuente Trust is taken under advisement pending further order of the Court.

SIGNED this 7th day of May, 2002.

 Filemon B. Vela, United States District Judge