United States District Court
Southern District of Texas
FILED

AUG 19 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |
| Defendants | ) | |

### MOTION FOR HEARING ON RESIGNATION OF TEXAS STATE BANK AS TRUSTEE OF THE REYNALDO SANCHEZ DE LA FUENTE TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Texas State Bank filed its "Resignation of Trustee of the Reynaldo Sanchez De La Fuente Trust" on or about March 22, 2002.

On April 24, 2002, a hearing was held on said Resignation, at which time this Court took the matter under advisement.

Texas State Bank hereby requests the Court to set this matter for hearing, to approve its resignation as Trustee of the Reynaldo Sanchez De La Fuente Trust, and to grant it such other relief to which it may be entitled.

Respectfully submitted,
ROUNTREE & KITHCART, L.L.P., Attorneys
for Texas State Bank, Trustee of the Reynaldo
Sanchez De La Fuente Trust

By: _____
David Kithcart
State Bar No. 11541300
Federal ID No. 1087

ADDRESS:

ROUNTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447
Telephone: (956) 440-1234
Telecopier: (956) 440-1235

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of August, 2002, I served an accurate copy of the above and foregoing Motion for Hearing on Resignation of Texas State Bank as Trustee of The Reynaldo Sanchez De La Fuente Trust upon Ricardo M. Adobbati, 134 East Price Road, Brownsville, Texas 78521, Arturo C. Nelson, 3505 Boca Chica, Suite 434, Brownsville, Texas 78521, and upon Reynaldo Sanchez De La Fuente, 375 Media Luna, Apartment 807, Brownsville, Texas 78521, by depositing same enclosed in a postpaid, properly addressed wrapper in a post office or depository under the care and custody of the United States Postal Services, certified mail, return receipt requested.

                                                                                 David Kithcart