IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |
| Defendants | ) | |

## MOTION TO APPROVE RESIGNATION OF TEXAS STATE BANK AS TRUSTEE OF THE ESTHER CABALLERO TRUST AND TO APPROVE SETTLEMENT AGREEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Texas State Bank has filed its Resignation of Trustee of the Esther Caballero Trust contemporaneously with the filing of this Motion.

In addition, the Guardians of the person and estate of Esther Caballero have made demand upon Texas State Bank for payment of certain amounts allegedly wrongfully paid from the Trust to Esther Caballero's biological mother, Hilda Chavarria Equia Caballero. The Trustee and the Guardians have reached a settlement of said claim and request the Court to approve said settlement.

Texas State Bank requests that the Court set this Motion for hearing at an early convenient time.

Respectfully submitted,
ROUNTREE & KITHCART, L.L.P., Attorneys
for Texas State Bank, Trustee of the Esther
Caballero Trust

By: _____
David Kithcart
State Bar No. 11541300
Federal ID No. 1087

ADDRESS:

ROUNTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447
Telephone: (956) 440-1234
Telecopier: (956) 440-1235

## CERTIFICATE OF SERVICE

     I hereby certify that on the 19th day of August, 2002, I served an accurate copy of the above and foregoing Motion to Approve Resignation of Texas State Bank as Trustee of the Esther Caballero Trust and to Approve Settlement Agreement upon George and Estela Caballero, Guardians of the Person and Estate of Esther Caballero, 1165 Military Highway, Lot 105, Brownsville, Texas 78521, and upon Paul L. Fourt, Jr., 1000 East Van Buren, Brownsville, Texas 78520, by depositing same enclosed in a postpaid, properly addressed wrapper in a post office or depository under the care and custody of the United States Postal Services, certified mail, return receipt requested.

_____
David Kithcart