206

United States District Court
Southern District of Texas
FILED

AUG 2 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |
| Defendants | ) | |

## MOTION TO APPROVE RESIGNATION OF TEXAS STATE BANK AS TRUSTEE OF THE FATIMA MONSERRAT OVIEDO GARZA TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Texas State Bank has filed its Resignation of Trustee of the Fatima Monserrat Oviedo Garza

Trust contemporaneously with the filing of this Motion.

Texas State Bank requests that the Court set this Motion for hearing at an early convenient

time.

Respectfully submitted,

ROUNTREE & KITHCART, L.L.P., Attorneys
for Texas State Bank, Trustee of the Fatima
Monserrat Oviedo Garza Trust

By: _____
David Kithcart
State Bar No. 11541300
Federal ID No. 1087

ADDRESS:

ROUNTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447
Telephone: (956) 440-1234
Telecopier: (956) 440-1235

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2002, I served an accurate copy of the above and foregoing Motion to Approve Resignation of Texas State Bank as Trustee of the Fatima Monserrat Oviedo Garza Trust upon Fatima Monserrat Oviedo Garza, 2407 Rancho Viejo Avenue, Brownsville, Texas 78521-8691, and upon Paul L. Fourt, Jr., 1000 East Van Buren, Brownsville, Texas 78520, by depositing same enclosed in a postpaid, properly addressed wrapper in a post office or depository under the care and custody of the United States Postal Services, certified mail, return receipt requested.

David Kithcart