IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |
| Defendants | ) | |

<u>ORDER SETTING HEARING ON TEXAS STATE BANK'S RESIGNATION
AS TRUSTEE OF THE FATIMA MONSERRAT OVIEDO GARZA TRUST</u>

It is ORDERED that the Texas State Bank's Resignation as Trustee of the Fatima Monserrat Oviedo Garza Trust is set for hearing on the 30th day of September, 2002, at 8:30 o'clock A.m. in the United States District Courthouse in Brownsville, Texas.

SIGNED this 23rd day of August, 2002.

_____
Filemon B. Vela, United States District Judge