United States District Court
Southern District of Texas
FILED

SEP 16 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |
| Defendants | ) | |

## RESIGNATION OF TRUSTEE OF THE LUIS CARLOS REYNUA IBARRA TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

On or about June 27, 1995, this Court created the Luis Carlos Reynua Ibarra Trust by Trust Agreement of same date; and

The Trust Agreement provides that Texas State Bank serve as Trustee of the Trust, and the Bank accepted its appointment as Trustee on June 29, 1995; and

Texas State Bank has served as Trustee of the Trust since that time, but now desires to resign its Trustee position; and

The Trust Agreement provides in paragraph 5.2 that the Trustee may at any time resign by giving thirty (30) days advance written notice to the Court and to the Beneficiary;

NOW, THEREFORE, Texas State Bank hereby gives written notice of its resignation as Trustee of the Luis Carlos Reynua Ibarra Trust, as established by Decree of the Court dated June 27, 1995, in Cause Number B-91-185.

This Resignation shall be effective thirty (30) days after this Resignation is filed, at which time the Trustee shall deposit the then existing corpus and undistributed income of the Trust into the registry of the Court or with another Trustee, as the Court may direct.

Respectfully submitted,

ROUNTREE & KITHCART, L.L.P., Attorneys
for Texas State Bank, Trustee of the
Luis Carlos Reynua Ibarra Trust

By: _/s/ David Kithcart_
David Kithcart
State Bar No. 11541300
Federal ID No. 1087

ADDRESS:

ROUNTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447
Telephone: (956) 440-1234
Telecopier: (956) 440-1235

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2002, I served an accurate copy of the above and foregoing Resignation of Trustee of the Luis Carlos Reynua Ibarra Trust upon Luis Carlos Reynua Ibarra, 313 Western Blvd., Brownsville, Texas 78520, and upon Ricardo M. Adobbati, 134 East Price Road, Brownsville, Texas 78521, by depositing same enclosed in a postpaid, properly addressed wrapper in a post office or depository under the care and custody of the United States Postal Services, certified mail, return receipt requested.

_/s/ David Kithcart_
David Kithcart