United States District Court
Southern District of Texas
FILED

SEP 1 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |
| Defendants | ) | |

## MOTION TO APPROVE RESIGNATION OF TEXAS STATE BANK AS TRUSTEE OF THE DEYANIRA YAZMIN RODRIGUEZ ROCHA TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Texas State Bank has filed its Resignation of Trustee of the Deyanira Yazmin Rodriguez Rocha Trust contemporaneously with the filing of this Motion.

Texas State Bank requests the Court to approve its resignation as Trustee of the Trust, to release it from all liability for its administration of the Trust, to set this Motion for hearing at an early convenient date, and to grant it such other relief to which it may be entitled.

Respectfully submitted,

ROUNTREE & KITHCART, L.L.P., Attorneys
for Texas State Bank, Trustee of the
Deyanira Yazmin Rodriguez Rocha Trust

By: _____
David Kithcart
State Bar No. 11541300
Federal ID No. 1087

ADDRESS:

ROUNTREE & KITHCART, L.L.P.
222 East Van Buren, Suite 101
P.O. Box 2447
Harlingen, Texas 78551-2447
Telephone: (956) 440-1234
Telecopier: (956) 440-1235

## CERTIFICATE OF SERVICE

  I hereby certify that on the 13th day of September, 2002, I served an accurate copy of the above and foregoing Motion to Approve Resignation of Texas State Bank as Trustee of the Deyanira Yazmin Rodriguez Rocha Trust upon Deyanira Yazmin Rodriguez Rocha, Route 6, Box 724C, San Benito, Texas 78586, and upon Ricardo M. Adobbati, 134 East Price Road, Brownsville, Texas 78521, by depositing same enclosed in a postpaid, properly addressed wrapper in a post office or depository under the care and custody of the United States Postal Services, certified mail, return receipt requested.

_____
David Kithcart