255

# United States District Court

## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

ROLANDO RODRIGUEZ, et al.

**VS.**

MALLORY CAPACITOR COMPANY,
et al.

**NOTICE**

SEP 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

CIVIL ACTION NO. B-91-185
Consolidated with:
B-92-079
B-93-009
B-93-137
B-94-047

Type of Case:

☒ CIVIL                    ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place:<br><br>**U.S Courthouse - 3RD Floor<br>600 E. Harrison. Street<br>Brownsville, Texas 78520** | Room No: COURTROOM #4<br>U.S. DISTRICT JUDGE<br>FILEMON B. VELA |
|---|---|
| | Date and time:<br>September 30, 2002    @  8 : 30 a.m. |

| TYPE OF PROCEEDING : | HEARING ON ALL PENDING MOTIONS. |
|---|---|

**TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:**

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

_____
(BY) DEPUTY CLERK

DATE: September 17, 2002

To: ALL COUNSEL