United States District Court
Southern District of Texas
ENTERED
SEP 3 0 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | ) | CIVIL ACTION NO. B-91-185 |
| Plaintiffs | ) | Consolidated with: |
| | ) | B-92-079 |
| VS. | ) | B-93-009 |
| | ) | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | ) | B-94-047 |

## ORDER APPROVING SETTLEMENT AGREEMENT IN ESTHER CABALLERO TRUST

On the 30th day of September, 2002, pursuant to previous setting, the Motion of Texas State Bank to Approve Settlement Agreement was heard and considered by the Court. The Court finds that the proposed Settlement Agreement and Release between Texas State Bank, Trustee, and George Caballero and Estela Caballero, Guardians of the Person and of the Estate of Esther Caballero, is in the best interest of Esther Caballero.

It is, therefore, ORDERED that the Settlement Agreement and Release between Texas State Bank, Trustee, and George Caballero and Estela Caballero, as Guardians of the Person and of the Estate of Esther Caballero, an incapacitated person, is hereby APPROVED.

It is further ORDERED that the consideration for the Settlement Agreement shall be paid to the Trustee of the Esther Caballero Trust, to be held, administered, and distributed pursuant to the terms of that Trust.

It is further ORDERED that after payment of said settlement funds into the Trust, the Trustee of the Esther Caballero Trust is authorized to pay attorneys fees' to Mr. Paul L. Fourt, Jr., in the



amount authorized by the County Court at Law No. 1, Cameron County, Texas, by Order to Pay Attorneys' Fees dated September 11, 2002, in Cause No. 2002-CGC-28-A.

SIGNED this 30th day of September, 2002.

_____
Filemon B. Vela, United States District Judge

| | |
|---|---|
| THE STATE OF TEXAS ) | |
| ) | **SETTLEMENT AGREEMENT AND RELEASE** |
| COUNTY OF CAMERON ) | |

This Settlement Agreement and Release (hereinafter called the "Agreement") is made and entered into on the date shown below, by and between Texas State Bank, Trustee of the Esther Caballero Trust, a state bank with offices and principal place of business in McAllen, Hidalgo County, Texas (hereinafter called "Trustee") and George Caballero and Estela Caballero, 1165 Military Highway, Lot 105, Brownsville, Texas 78521, as Guardians of the Person and of the Estate of Esther Caballero, an incapacitated person (hereinafter called the "Guardians").

## RECITALS:

A. On or about June 27, 1995, the United States District Court for the Southern District of Texas created the Esther Caballero Trust (hereinafter called the "Trust") by Trust Agreement of same date, in Civil Action Number B-91-185, styled *Rolando Rodriguez, et al. v. Mallory Capacitor Company, et al.*

B. The Trust provides that Texas State Bank serve as Trustee, and the Bank accepted its appointment as Trustee on June 29, 1995, and has served as Trustee continuously since that time.

C. The Guardians, George Caballero and Estela Caballero, were appointed as Guardians of the Person and the Estate of Esther Caballero on May 31, 2002, in Cause Number 2002-CGC-28-A, in the County Court at Law No. 1 of Cameron County, Texas, styled *The Guardianship of Esther Caballero, an Incapacitated Person.*

D. A dispute has arisen between the parties regarding the administration of the Trust by the Trustee.

SETTLEMENT AGREEMENT AND RELEASE     PAGE 1

EXHIBIT #1

E.  The parties understand and agree that the claims asserted by and between them are in dispute, and they have settled such disputes by compromise to avoid litigation and to buy peace; however, no payments made nor releases or other consideration given are or shall be considered as an admission of liability of any party, all liability being expressly denied.

## SETTLEMENT AGREEMENT AND RELEASE

Accordingly, the parties hereto have agreed to settle and resolve all claims and controversies between them as follows:

1. In consideration of the recitals, and for other good and valuable consideration, the receipt of which is hereby acknowledged by Guardians, the Guardians, for themselves, individually, and as Guardians of the Person and the Estate of Esther Caballero, and on behalf of their predecessors, successors, and assigns, and the personal representatives, heirs, and assigns of Esther Caballero, and all persons in privity with them, hereby and by these presents do release, acquit, and forever discharge Texas State Bank, both individually and as Trustee of the Esther Caballero Trust, and its predecessors, directors, officers, assigns, attorneys, agents, servants, and employees and all persons natural or corporate in privity with them or any of them, from any and all claims or causes of action of any kind whatsoever up to the date of this Agreement, common law, statutory, or otherwise, which the Guardians or Esther Caballero have, or might have, known or unknown, directly or indirectly attributable to the Esther Caballero Trust and the duties of Texas State Bank as Trustee of such Trust, it being intended to release all claims of any kind whatsoever which the Guardians or Esther Caballero might have against those hereby released in any manner relating to the service of Texas State Bank as Trustee of the Esther Caballero Trust up to the date of this Agreement, whether asserted now or not.

2. The execution of this Agreement by Guardians is contingent upon the approval of this Agreement by the United States District Judge in Civil Action Number B-91-185, styled *Rolando Rodriguez, et al. v. Mallory Capacitor Company, et al.*

3. The execution of this Agreement by Guardians is further contingent upon the approval for them to do so and the approval of this Agreement by the County Court at Law in Cause No. 2002-CGC-28-A, in the County Court at Law No. 1 of Cameron County, Texas, styled *The Guardianship of Esther Caballero, an Incapacitated Person.*

4. This Agreement may be executed in any number of counterparts, all of which when taken together shall constitute one and the same Agreement, and any one of the parties hereto may execute this Agreement by signing any such counterpart.

5. The parties hereto agree to make, execute, and deliver such additional documents as may be necessary or proper to fulfill their obligations pursuant to the terms of this Agreement.

6. This Agreement is made and executed in Cameron County, Texas, and is enforceable in such county. The provisions hereof shall be governed by the laws of the State of Texas.

7. This written Agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties. There are no unwritten, oral agreement of the parties.

8. It is expressly understood and agreed that the terms of this Agreement will remain a matter of confidence between the parties, and shall not be divulged to any other person or entity, unless ordered by the Court.

9. This Agreement is binding on the parties and their respective heirs, personal representatives, successors, and assigns.

SIGNED effective the _____ day of September, 2002.

TEXAS STATE BANK

By: _____
Carroll W. Sturgis, Executive Vice-President
and Senior Trust Officer

_____
George Caballero

_____
Estela Caballero

THE STATE OF TEXAS )
)
COUNTY OF HIDALGO )

  This instrument was acknowledged before me on the _____ day of September, 2002, by Carroll W. Sturgis, Executive Vice-President and Senior Trust Officer of Texas State Bank, a state bank, on behalf of said Bank.

                  _____
                  Notary Public, State of Texas


THE STATE OF TEXAS )
)
COUNTY OF CAMERON )

  This instrument was acknowledged before me on the _____ day of September, by George Caballero.

                  _____
                  Notary Public, State of Texas


THE STATE OF TEXAS )
)
COUNTY OF CAMERON )

  This instrument was acknowledged before me on the _____ day of September, by Estela Caballero.

                  _____
                  Notary Public, State of Texas