United States District Court
Southern District of Texas
FILED

SEP 3 0 2002

Michael N. Milby
Clerk of Court

257

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al. | § | CIVIL ACTION NO. B-91-185 |
| Plaintiffs, | § | Consolidated with: |
| | § | B-93-079 |
| VS. | § | B-93-009 |
| | § | B-93-137 |
| MALLORY CAPACITOR COMPANY, et al. | § | |
| Defendants | § | |

MINUTES FROM HEARING HELD ON SEPTEMBER 30, 2002

Honorable United States District Judge Filemon B. Vela accepted the application from Texas State Bank for resignation as trustee for the various trusts in the instant action, with a condition that such resignation will not be effective for another 30 days so as to allow the parties to confer and determine an appropriate successor. The court ordered that Arturo C. Nelson be removed as ad litem for the wards, and that Ricardo Adobbati succeed him, in all cases with the exception of the case for Reynaldo Sanchez, which Arturo C. Nelson will retain. The bank, its attorney, and Ricardo Adobbati will subsequently request a hearing for a final resolution of the matter. (Attorneys present: Arturo C. Nelson; Ricardo Adobbati; David Kithcart; and Paul Fourt)