United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| Plaintiffs | § | Consolidated with: |
| VS. | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR COMPANY, et al | § | B-93-137 |
| Defendants | § | B-94-047 |

## ORDER APPOINTING ATTORNEY AD LITEM

On this day, came on to be considered, the Motion to Appoint an Attorney Ad Litem in connection with the above styled and numbered cause. The Court having considered said motion together with the papers on file is of the opinion that same should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that the following attorney be appointed as Attorney Ad Litem to represent the interest of the trustee beneficiaries in this cause due to his knowledge regarding the formation and current status of the trusts save and except Reynaldo Sanchez. The Court finds and orders Arturo C. Nelson is appointed to represent the interests of Reynaldo Sanchez as Ad Litem. The appointed Ad Litem shall contact all beneficiaries of the trusts made the basis of this suit and shall notify the court of his recommendations regarding the appointment and termination of any trustees as well as recommendations regarding the dissolution of trusts where applicable.

Mr. Ricardo M. Adobbati, Esq.
Fed. Adm. No. 18158
State Bar No. 00790208

Law Offices of Ricardo M. Adobbati
134 E. Price Rd.
Brownsville, Texas 78521
Telephone No. (956) 544-6882
Facsimile No. (956) 544-6883

1

All other and further relief not expressly requested is hereby denied.

Signed for entry on this 30th day of September, 2002.

_____
UNITED STATES DISTRICT JUDGE

Approved as to substance and form:

ROUNDTREE & KITHCART, L.L.P.
222 E. Van Buren, Suite 101
P. O. Box 2447
Harlingen, Texas 78551-2447

_____
Hon. David Kithcart
State Bar No. 11541300
Federal I.D. #1087


LAW OFFICES OF ARTURO C. NELSON
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521

/Agreed to on the record
 AN/
Hon. Arturo Nelson
State Bar No. 14885600
Federal I.D. #3839

2