Case 1:91-cv-00185   Document 259   Filed in TXSD on 10/15/2002   Page 1 of 5

259

United States District Court
Southern District of Texas
FILED

OCT 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| | § | Consolidated with: |
| VS. | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR COMPANY | § | B-93-137 |
| , ET AL | § | B-94-047 |

## APPLICATION FOR AUTHORITY TO INVEST IN REAL ESTATE

TO THE HONORABLE JUDGE OF SAID COURT:

JORGE CABALLERO AND MARIA ESTELLA CABALLERO, guardians of the estate and person of Esther Caballero, Ward, an incapacitated adult, respectfully applies for an order authorizing the applicant to make, on behalf of Esther Caballero, with money belonging to the guardianship estate, the investment in real estate described below, pursuant to Section 860 of the Texas Probate Code, and states to the Court as follows:

I.

The Ward is the beneficiary of a Special Needs Trust currently managed by Texas State Bank, as Trustee. The Trust allows the Ward to use said funds for reasonable expenses as long as such funds are for the use and benefit of the Ward. As shown by the latest monthly accountings of the Special Needs Trust, attached hereto as Exhibit "A", there exists a surplus of funds in the account held in the name of the Ward, Esther Caballero. The trust will continue to be funded in the amount of $381.00 per month for the life of the ward or 50 years, whichever is longer.

II.

Ricardo M. Adobbati was appointed as Ad Litem to handle her affairs with regard to the use of said funds and the future management of the trust by the trustee. Ad Litem prepared and submitted this motion on behalf of the Ward and her Guardians, Jorge and Maria Estella Caballero. The Guardians were appointed by application with the Honorable Janet Leal, Cameron County Court No. 1 on May 31, 2002.

III.

The Guardians wish to provide the Ward with reasonable living arrangements in order to better provide for her care. Guardians currently reside in a mobile home in need of serious repair. An opportunity has arisen whereby the Ward, with funds from the trust, can purchase a home for a reasonable price in aid of her betterment and care. The Ad Litem has engaged in detailed discussions with the Guardians, Ward and proposed Seller regarding the purchase of the home, its condition, the terms of the agreement and the necessity that the home be purchased in the name of the Ward. The Ad Litem has prepared the agreements and will be responsible for the property transfer if so granted by this honorable court.

IV.

Applicant and Ad Litem have had preliminary discussions with the owners of the property described below concerning the purchase of the property by this estate. Applicant believes the property may be purchased for the maximum sum of $42,500.00, including attorney's fees, closing costs and filing fees subject to the following general terms and conditions:

1. Payment for the home be issued in full.
2. Payment for the home be funded within the next three weeks.

The property is owned by Adrian and Irene C. Olmos, whose address is 3104 Averdeen Drive, Brownsville, Texas 78520. The real estate is described as

> Lot 67, Block 2, La Posada South Subdivision, Section IV, Cameron County, Texas according to map thereof recorded in Cabinet 1, Pages 547-A & B and 548-A of the map records, Cameron County, Texas which has the address of 4693 Palacio Real Drive, Brownsville, Cameron County, Texas 78521

III.

Ad Litem and Applicant Guardians are of the opinion and believe that this investment is in the Ward's best interest and would benefit the ward, in that the property was appraised for a similar value over five years ago and the area has shown an increase in property values since that time. More importantly, the Ward is in need of better living conditions. Conditions that cannot be improved by the Guardians without the assistance of the proceeds of the trust. The current mobile home residence is in such need of repair that the costs of such repairs will exceed the value of such mobile home

IV.

When purchased, the property shall be placed in the Ward's name pursuant to the requirements of Texas Probate Code §860 et. Seq.

V.

Plaintiff counsel has consulted with counsel for Texas State Bank and he has no objection to the granting of this motion.

VI.

Prayer

WHEREFORE, applicant requests that this Court:

1. Set this matter for hearing.

2. Following the hearing, enter an order authorizing the Guardian to make the investment described above by entering into a contract to purchase the property described above, for the maximum amount requested by this motion;

3. Order that the funds be released from the Special Needs Trust by Trustee Texas State Bank in the amount of $42,500.00 in the name of Ricardo M. Adobbati individually, and as ad litem of Ester Caballero for the purchase of the home described above.

4. Make any further order that this Court deems proper.

Signed on this the ____14____ day of ___October___, 2002.

Respectfully Submitted,

LAW OFFICES OF RICARDO M. ADOBBATI

By: _____
HON. RICARDO M. ADOBBATI
State Bar No. 00790208
Cameron County I.D. #44242Q1
Fed I.D. #18158

ATTORNEY Ad Litem for the Ward

134 East Price Road
Brownsville, Texas 78521
(956) 544-6882
(956) 544-6883 FAX

TEXAS STATE BANK

For the Account of: **ESTHER CABALLERO SPECIAL NEEDS TRUST**
Account Number: **28 00 1230 06 0**
Period: **January 01, 2002   To   September 17, 2002**
Date Prepared: **September 17, 2002**

# Summary Statement of Transactions

|  | Income Cash | Principal Cash | Investment Cost Basis |
|---|---:|---:|---:|
| **BEGINNING BALANCES** | 0.00 | 0.00 | 95,173.51 |
| **RECEIPTS** | | | |
| ANNUITY RECEIPTS | 0.00 | 3,048.00 | 0.00 |
| INTEREST | 1,290.16 | 6.57 | -6.57 |
| ORDINARY DIVIDENDS | 512.93 | 0.00 | 0.00 |
| SHORT TERM GAIN DIVIDENDS REINVESTED | 0.00 | 0.00 | 1.78 |
| LONG TERM GAIN DIVIDENDS REINVESTED | 0.00 | 0.00 | 20.19 |
| PROCEEDS FROM MATURITIES | 0.00 | 10,000.00 | -10,000.00 |
| PROCEEDS FROM THE SALE OF ASSETS | 0.00 | 10,000.00 | -9,974.75 |
| PROCEEDS FROM THE WITHDRAWAL OF ASSETS | 0.00 | 24,283.88 | -24,283.88 |
| ADJUSTMENTS | 2,633.00 | -2,633.00 | 0.00 |
| **Total Receipts** | 4,436.09 | 44,705.45 | -44,243.23 |
| **DISBURSEMENTS** | | | |
| FIDUCIARY FEES | -755.43 | 0.00 | 0.00 |
| ACCRUED INTEREST PURCHASED | -8.94 | 0.00 | 0.00 |
| NON-EMPLOYEE COMPENSATION PAID | -3,109.00 | 0.00 | 0.00 |
| OTHER EXPENSES | -235.60 | 0.00 | 0.00 |
| PRESCRIPTIONS AND MEDICINES | -327.12 | 0.00 | 0.00 |
| PURCHASES OF ASSETS | 0.00 | -44,705.45 | 44,705.45 |
| **Total Disbursements** | -4,436.09 | -44,705.45 | 44,705.45 |
| **ENDING BALANCES** | 0.00 | 0.00 | 95,635.73 |