United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| Plaintiffs | § | Consolidated with: |
| VS. | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR COMPANY, et al | § | B-93-137 |
| Defendants | § | B-94-047 |

## UNOPPOSED MOTION TO DISSOLVE TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, REYNALDO SANCHEZ Beneficiary (hereinafter referred to as Petitioner), by and through his attorney Ricardo M. Adobbati and file this Motion to Dissolve Special Needs Trust and in support thereof would respectfully show the following:

### 1.

### PARTIES

1.01   All necessary parties to this action are properly before the Court and have been duly served with citation in the manner required by law, or have voluntarily entered a general appearance in this cause.

### 2.

### FACTS

2.01   On or about June 27, 1995, this Honorable Court approved a Special Needs Trust on behalf of several plaintiffs as a result of personal injuries received while employed. This Court ordered a Special Needs Trust be created in favor of Petitioner in order to administer settlement proceeds resulting in the above referenced cause of action.

2.02. Texas Property Code § 112.054 provides that on petition of a beneficiary, a court may order that a trust be modified or terminated if:

> (1) the purpose of the trust have been fulfilled or have become illegal or impossible to fulfill; or
>
> (2) because of circumstances not known to or anticipated by the settlor, compliance with the terms of the trust would defeat or substantially impair the accomplishment or the purposes of the trust.

§112.054 (a) Texas Property.

2.03 In this case, the above requirements have been met. The current Trustee of the Trust in Texas State Bank. Petitioner and Ad Litem respectfully request termination of the Trust because they believe it is in the best interests of the Primary Beneficiary to handle his own financial affairs as Reynaldo Sanchez has now attained the age of eighteen (18) years and is fully competent to make decisions regarding this disbursements of the monies held in trust.

2.04 Additionally, primary petitioner has made several applications for government assistance including application for social security benefits. Due to the fact these agencies search for assets, they have determined primary petitioner has an active trust therefore resulting in denial of their applications. Petitioner is in a precarious position. He is not provided governmental assistance by virtue of Social Security benefits due to the existence of the trust, however, due to the limitations of the trust, he is not allowed to withdraw funds for his well being based on the fact that the trust disallows payments for any expenses or benefits available through Social Security. For this reason, Primary Petitioner respectfully requests termination of the trust in order to obtain the monies necessary to aid in the payment of his health and legitimate needs.

2.05 Furthermore, Primary petitioner is employed by Lopez Supermarket. His ability to maintain and handle his own finances is evidenced by his employment at said facility.

2.06 Petitioner intends to invest the majority of the corpus of the trust into the purchase of a home. Petitioner and his attorney have discussed the costs with several builders and have determined such expense is necessary for his well-being and maintenance. After a review of several options, a builder has been chosen based on his experience and reasonableness in price for construction.

3.

### FINAL ACCOUNTING

3.01   Petitioner herein would request that the Trustee produce a Final Accounting for approval by this court.

4.

### ATTORNEY'S FEES

4.01   As a result of the dissolution of such trust, petitioner has found it necessary to retain counsel and hereby seeks recovery of reasonable attorney's fees as allowed by Texas Civil Practice and Remedies Code §38.001. Petitioner has further retained counsel for several other legal matters. Said services remain unpaid. Based on the above, petitioner seeks that said fees be paid from the trust should this honorable court dissolve same.

5.

### PRAYER

5.01   WHEREFORE, PREMISES CONSIDERED, Petitioner requests that this court grant the termination of the trust and order a final accounting of the trust and after payment of all Trustee's fees, court costs and expenses, legal fees, said monies be distributed to Reynaldo Sanchez and for such other and further relief, to which petitioner and primary petitioner may show themselves justly entitled to receive.

Signed on this the _____ day of _____, 2002.

Respectfully submitted,

LAW OFFICES OF RICARDO M. ADOBBATI

By:_____
Ricardo M. Adobbati
State Bar No. 00790208
USDC Adm No. 18158

Attorney for Petitioner

134 E. Price Road
Brownsville, Texas 78521
Telephone: (956) 544-6882
Facsimile: (956) 544-6883

## CERTIFICATE OF CONFERENCE

I, Ricardo M. Adobbati, attorney for plaintiff conferred with David E. Kithcart, Roundtree & Kithcart, L.L.P. authorized representative for Trustee, Texas State Bank on this ____ day of October, 2002 and he has informed me he is not opposed to the filing of this motion.

_____
Ricardo M. Adobbati

**Arriaga Custom Builders**
905 E. Adams St. Suite B-7
Plaza Adams Brownsville, Texas 78521
Office (956) 554-0556    Cell. (956) 639-8711


Location: Lot -7 Blk.1
Espiritusanto Subdivision
on Milpa Verde St.
Brownsville, Texas 78521
<u>New Construction</u>
Square Footage for Rooms

| | |
|---|---|
| Bedroom #1 | 196 sq. ft. |
| Bedroom #2 | 128 sq. ft. |
| Bedroom #3 | 128 sq. ft. |
| Bathroom #1 | 60 sq. ft. |
| Bathroom #2 | 45 sq. ft. |
| Dining Room | 100 sq. ft. |
| Kitchen | 88 sq. ft. |
| Garage | 252 sq. ft. |
| Living Room | 154 sq. ft. |
| Porches | 85 sq. ft. |

**Not including Closets & Halls**

Total Square Footage inside each room
Grand Total  <u>1,236 sq. ft.</u>

# Arriaga Custom Builders
## 905 E. Adams St. Suite 7-B
## Plaza Adams Brownsville, TX
## (956) 554-0556

### Cost Estimate Break-Down

| Description: | Materials/Labor: | Total Amount |
|---|---|---|
| Foundation/Slab | $ m&L $5,600.00 | $ 5,600.00 |
| Electrical | $ m&L $2,800.00 | $ 2,800.00 |
| Plumbing | $ m&L $3,500.00 | $ 3,500.00 |
| Heat/Air Condition | $ m&L $2,300.00 | $ 2,300.00 |
| Carpet/Tile | $ m&L $948.00 | $ 1,000.00 |
| Cabinets | $ m&L $3,600.00 | $ 3,600.00 |
| Painting | $ material $1,560.00 | $ 1,560.00 |
| Tape, Float, Tex. | $ Labor $3,375.00 | $ 4,000.00 |
| Drywall (sheetrock) | $ Labor $550.00 | $ 550.00 |
| Masonry | $ m&L $6,000.00 | $ 6,000.00 |
| Formica | $ | $ |
| Framing | $ Labor & mtl. 3000.00 | $ 3,000.00 |
| Roofing | $ Labor $405.00 | $ 450.00 |
| Materials | $ materials $15,100 | $ 15,100.00 |
| Water/Sewer Taps | $ | $ |
| Labor Over all | $ | $ 2,000.00 |
| Misc. DRIVEWAY | $ FIXTURE LIGHTS 750°° | $ 750.00 |
| other, paints, ek. | $360.00 $1520.00 $450.00 | $ 2,330.00 |
| Landscaping | $ —0— | $ |
| Profit & Overhead | $ | $ * 5,470.00 |
| PROPERTY-LOT | $ $12,000.00 | $ 12,000.00 |
| Total for Houses | $ | $ |
| (Turn Key Total) | $ | $$ 72,000.00 |