262

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| | § | **Consolidated with:** |
| VS | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR COMPANY, | § | B-93-137 |
| et al. | § | B-94-047 |

## ORDER APPROVING APPLICATION FOR
## AUTHORITY TO INVEST IN REAL ESTATE

This Court adopts the Order Approving Application To Invest In Real Estate signed on October 31, 2002 by Judge Janet Leal, Presiding Judge of the County Court At Law No. 1 of Cameron County, Texas.

Signed this 14th day of November, 2002.

**FILEMON B. VELA**
**United States District Judge**

CAUSE NO. 2002-CGC-28-A

| THE GUARDIANSHIP OF | § | IN THE COUNTY COURT |
| ESTHER CABALLERO, | § | AT LAW NO. 1 |
| AN INCAPACITATED PERSON | § | CAMERON COUNTY, TEXAS |

## ORDER APPROVING APPLICATION TO INVEST IN
## REAL ESTATE

On _Oct. 21_ , an application for authority to invest in real estate was filed by JORGE CABALLERO AND MARIA ESTELLA CABALLERO, guardians of the estate and person of Esther Caballero, ward, an incapacitated adult and Ricardo M. Adobbati, ad litem to the Ward as appointed by the U.S. District Court, Southern District of Texas. The Court held a hearing on this application on the _21_ day of _October_, 2002. After hearing and in light of its investigation, the Court finds that the funds to be invested constitute surplus funds of the estate and the investment will be beneficial to the ward. Said order was not signed until the expiration of 10 days from the date of filing said application pursuant to Texas Probate Code §860(b).

THEREFORE, IT IS ORDERED that JORGE CABALLERO AND MARIA ESTELLA CABALLERO are authorized to enter into a contract for the purchase of the real estate described in the application, for the total sum of $42,500.00 inclusive of all attorney's fees and costs.



A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page_____of____

IT IS FURTHER ORDERED that the contract be reported to the Court in writing for the Court's inquiry and approval and that no money is to be paid out on the contract until is has been approved by the court.

IT IS FURTHER ORDERED Trustee of the Ward issue payment from the Special Needs Trust to Ricardo M. Adobbati, individually, and as Ad Litem of the Ward Esther Caballero in the amount of $42,500.00 for the payment and purchase of said property as well as all attorney's fees, closing costs and court costs related therewith.

IT IS FURTHER ORDERED that said property be registered in the name of the Ward pursuant to Texas Probate Code §860.

_Janet L. Leal_

JUDGE PRESIDING

NOV. 06, 2002
COPY TO:
DAVID KITHCART
   222 E. VAN BUREN ST, HGN, TX
PAUL L. FOURT, JR.
   1000 E. VAN BUREN, B'VILLE, TX
TX DEPT. OF PROTECTIVE AND REGULATORY SERVICES
   1000 W. PRICE RD, B'VILLE
GABRIELA GARCIA
   2355 BARNARD RD. #A, B'VILLE, TX
RICARDO ADOBBATI
   PRICE RD, B'VILLE, TX

State of Texas
County of Cameron
   I, Joe G. Rivera, County Clerk of Cameron County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record now on file and/or recorded by me in the Guardianship 2002-CGC-28-A Records
Nov. 08.02 Date
JOE G. RIVERA COUNTY CLERK
Cameron County, Texas
By _____ Deputy

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 2 of 2