263

# United States District Court
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 10 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROLANDO RODRIGUEZ, et al.

VS.

GROENDYKE TRANSPORT
et al.

NOTICE

CIVIL ACTION NO. B-91-185
Consolidated with:
B-92-079
B-93-009
B-93-137
B-94-047

Type of Case:

☒ CIVIL       ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: U.S Courthouse - 3RD Floor<br>600 E. Harrison. Street<br>Brownsville, Texas 78520 | Room No: COURTROOM #4<br>U.S. DISTRICT JUDGE<br>FILEMON B. VELA |
|---|---|
| | Date and time: 2003<br>February 26, 2002 @ 8:30 a.m. |

| TYPE OF PROCEEDING: | HEARING |
|---|---|

TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

(BY) DEPUTY CLERK

DATE: February 13, 2003

**PARTIES NOTIFIED**

Ricardo Adobbati
David Kithcart