# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

FEB 26 2003

Michael N. Milby
Clerk of Court

JUDGE___FILEMON B. VELA_____

CASE MANAGER __Maria F. Garza_____

COURT REPORTER: Bill Holloway    LAW CLERK __David Willis_____

INTERPRETER:_____None_____

DATE:___2/26/03_____   TIME:___8:40 am___ / ___9:00 am_____
                                    Begin              End

*************************************************************************

CIVIL ACTION NO. ___B-91-185_____

RODRIGUEZ, ET AL.

VS

GROENDYKE, ET AL.

---

Ricardo Adobatti, Ad Litem and David Kithcart, for the Trustee appeared and announced ready for hearing. Trustee has applied for the Court's permission to withdraw from Trustee duties and seek a substitute trustee. Ad Litem has submitted a recommendation to the Court regarding finding a substitute Trustee. Court finds no problem with the recommendation and requests Trustee to review the recommendation. If Trustee finds a point of concern, he is to notify the Court; silence will lead to the adoption of the recommendation. A further hearing is scheduled for March 28, 2003 at 10:30 A.M.