IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al § | CIVIL ACTION NO. B-91-185 |
| Plaintiffs § | Consolidated with: |
| VS. § | B-92-079 |
| § | B-93-009 |
| MALLORY CAPACITOR COMPANY, et al § | B-93-137 |
| Defendants § | B-94-047 |

## UNOPPOSED MOTION TO DISSOLVE TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, OMAR MIRELES GONZALEZ Beneficiary (hereinafter referred to as Petitioner), by and through his attorney Ad Litem Ricardo M. Adobbati and file this Motion to Dissolve Special Needs Trust and in support thereof would respectfully show the following:

1.

### PARTIES

1.01   All necessary parties to this action are properly before the Court and have been duly served with citation in the manner required by law, or have voluntarily entered a general appearance in this cause.

2.

### FACTS

2.01   On or about June 27, 1995, this Honorable Court approved a Special Needs Trust on behalf of several plaintiffs as a result of personal injuries received while employed. This Court ordered a Special Needs Trust be created in favor of Petitioner in order to administer settlement proceeds resulting in the above referenced cause of action as a result of a perceived disability by beneficiary.

2.02. Texas Property Code § 112.054 provides that on petition of a beneficiary, a court may order that a trust be modified or terminated if:

(1) the purpose of the trust have been fulfilled or have become illegal or impossible to fulfill; or

(2) because of circumstances not known to or anticipated by the settlor, compliance with the terms of the trust would defeat or substantially impair the accomplishment or the purposes of the trust.

§112.054 (a) Texas Property Code.

2.03 In this case, the above requirements have been met. The current Trustee of the Trust in Texas State Bank. Petitioner and Ad Litem respectfully request termination of the Trust because they believe it is in the best interests of the Primary Beneficiary to handle his own financial affairs as OMAR MIRELES GONZALEZ has now attained the age of eighteen (18) years and is fully competent to make decisions regarding this disbursements of the monies held in trust. Petitioner has successfully completed his high school education and currently maintains worthwhile employment.

2.04 As Petitioner is gainfully employed, he is not provided governmental assistance by virtue of Social Security benefits due to the existence of the trust, however, due to the limitations of the trust, he is not allowed to withdraw funds for his well being based on the fact that the trust disallows payments for any expenses or benefits available through Social Security. For this reason, Primary Petitioner respectfully requests termination of the trust in order to obtain the monies necessary to aid in the payment of his health and legitimate needs.

2.05 Furthermore, Primary petitioner is currently enrolled in University Courses, the existence of this trust has affected his ability to receive financial assistance for tuition and continued education.

2.06   Petitioner intends to receive approximately $20,000.00 of the corpus of the trust after deduction of attorney's fees and expenses for immediate use to pay expenses and debts incurred. The monthly annuity payments of $629.00 which are to continue until July 31st, 2006, shall heretofore be issued directly to the beneficiary upon dissolution of the Trust. On August 31st, 2006, Beneficiary shall receive a lump sum payment of $50,000.00 as the final payment pursuant to the original settlement agreement. Such sums shall be issued to "Omar Mireles and his attorney Ricardo M. Adobbati". Said amounts shall be invested in a conservative annuity that will assure he receives monthly payments from said investment on a monthly basis for at least 4 years after the initiation of said annuity.

3.

## FINAL ACCOUNTING

3.01   Texas State Bank, Trustee of the Trust, has tendered an accounting of all actions taken by it s Trustee from the inception of the Trust through March 21, 2003 ("the Final Accounting"). Petitioner and Trustee request the Court to approve the Final Accounting and to release and discharge the Trustee from any and all claims and liability related to the Trust and the administration of the Trust assets.

4.

## ATTORNEY'S FEES

4.01   As a result of the dissolution of such trust, petitioner has found it necessary to retain counsel and hereby seeks recovery of reasonable attorney's fees as allowed by Texas Civil Practice and Remedies Code §38.001. Petitioner has entered into an agreement for the payment of attorney's fees from the corpus of the trust. Such fees will be deducted upon dissolution of the trust and upon approval by the court.

5.

## PRAYER

5.01    WHEREFORE, PREMISES CONSIDERED, Petitioner requests that this court grant the termination of the trust and order a final accounting of the trust and after payment of all Trustee's fees, court costs and expenses, legal fees, said monies be distributed to RICARDO M. ADOBBATI as attorney ad litem, and OMAR MIRELES GONZALEZ and for such other and further relief, to which petitioner and primary petitioner may show themselves justly entitled to receive.

Signed on this the __28__ day of __MARCH__, 2003.

Respectfully submitted,

LAW OFFICES OF RICARDO M. ADOBBATI

By:_____
Ricardo M. Adobbati
State Bar No. 00790208
USDC Adm No. 18158

Attorney for Petitioner

134 E. Price Road
Brownsville, Texas 78521
Telephone: (956) 544-6882
Facsimile:  (956) 544-6883

## CERTIFICATE OF CONFERENCE

I, Ricardo M. Adobbati, attorney for plaintiff conferred with David E. Kithcart, Roundtree & Kithcart, L.L.P. authorized representative for Trustee, Texas State Bank on this 26 day of March, 2003 and he has informed me he is not opposed to the filing of this motion.

_____
Ricardo M. Adobbati