291

# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

MAR 2 8 2003

Michael N. Milby
Clerk of Court

JUDGE___ **FILEMON B. VELA** _____

CASE MANAGER ___ **Maria F. Garza** _____

COURT REPORTER:__Bill Holloway__    LAW CLERK ___David Willis_____

INTERPRETER:_____ **None** _____

DATE:____3/28/03_____    TIME:___10:15 AM____ / __12:15 PM_____
                                        Begin                    End

*********************************************************************************

CIVIL ACTION NO. ___B-91-185_____

RODRIGUEZ, ET AL.

VS

GROENDYKE, ET AL.

_____

Ricardo Adobbati, Ad Litem, and David Kithcart, attorney for Trustee appeared and announced ready for hearing. The Court held a final hearing on the motion to remove and replace the Trustee. The trusts are divided into 3 categories: the Mireles Children; a group of Mexican citizens; and a group of American citizens. The trusts for the Mireles children will be dissolved and the funds handed over to the beneficiaries at certain times. The Mexican citizen trusts will be transformed into a discretionary trust with Southwest Guarantee Court Trust, Houston, as trustee. The American citizen trusts will be redrafted into a series of special trusts to accommodate the certain governmental regulations, with Southwest Guarantee as trustee.