IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| Plaintiffs | § | Consolidated with: |
| VS. | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR COMPANY, | § | B-93-137 |
| Et al Defendants | § | B-94-047 |

## UNOPPOSED MOTION TO DISSOLVE TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **RENATO MORENO VELA** Beneficiary (hereinafter referred to as Petitioner), by and through his attorney ad litem Ricardo M. Adobbati and file this Motion to Dissolve Special Needs Trust and in support thereof would respectfully show the following:

1.

### PARTIES

1.01   All necessary parties to this action are properly before the Court and have been duly served with citation in the manner required by law, or have voluntarily entered a general appearance in this cause.

2.

### FACTS

2.01   On or about June 27, 1995, this Honorable Court approved a Special Needs Trust on behalf of several plaintiffs as a result of personal injuries received while employed. This Court ordered a Special Needs Trust be created in favor of Petitioner in order to administer

1

settlement proceeds resulting in the above referenced cause of action as a result of a perceived disability by beneficiary.

2.02. Texas Property Code § 112.054 provides that on petition of a beneficiary, a court may order that a trust be modified or terminated if:

(1) the purpose of the trust have been fulfilled or have become illegal or impossible to fulfill; or

(2) because of circumstances not known to or anticipated by the settlor, compliance with the terms of the trust would defeat or substantially impair the accomplishment or the purposes of the trust.

§112.054 (a) Texas Property Code.

2.03    In this case, the above requirements have been met. The current Trustee of the Trust in Texas State Bank. Petitioner and Ad Litem respectfully request termination of the Trust because they believe it is in the best interests of the Primary Beneficiary to handle his own financial affairs as **RENATO MORENO VELA** has now attained the age of eighteen (18) years and is fully competent to make decisions regarding this disbursements of the monies held in trust. Petitioner has successfully completed his high school education as well as college level courses in the field of computer science. Moreover, he currently maintains worthwhile employment.

2.04    As Petitioner is a Mexican citizen residing in Matamoros, Mexico, he does not have the limitations in income imposed by the Social Security Administration in this country. However, he is limited in his ability to withdraw funds for his well being based. For this reason, Petitioner respectfully requests termination of the trust in order to obtain the monies necessary to aid in the payment of his health and legitimate needs.

2.05   Furthermore, Primary petitioner is employed. His ability to maintain and handle his own finances is evidenced by his employment at said facility as well as the level of his education.

2.06 Petitioner intends to receive approximately $75,000.00 of the corpus of the trust. After deduction of attorney's fees and expenses for immediate use to pay expenses and debts incurred, approximately $50,000 of the remainder of the corpus shall be invested in a conservative annuity that will assure he receives monthly payments from said investments on a monthly basis for at least 5 years after the initiation of said annuity.

3.

## FINAL ACCOUNTING

3.01   Southwest Guaranty Trust, Trustee of the Trust, has tendered an accounting of all actions taken by Trustee from the inception of the Trust through May 31, 2003 ("the Final Accounting"). Petitioner and Trustee request the Court to approve the Final Accounting and to release and discharge the Trustee from any and all claims and liability related to the Trust and the administration of the Trust assets.

4.

## ATTORNEY'S FEES

4.01   As a result of the dissolution of such trust, petitioner has found it necessary to retain counsel and hereby seeks recovery of reasonable attorney's fees as allowed by Texas Civil Practice and Remedies Code §38.001. Petitioner has entered into an agreement for the payment of attorney's fees from the corpus of the trust. Such fees will be deducted upon dissolution of the trust and upon approval by the court.

5.

## PRAYER

5.01   WHEREFORE, PREMISES CONSIDERED, Petitioner requests that this court grant the termination of the trust and order a final accounting of the trust and after payment of all Trustee's fees, court costs and expenses, legal fees, said monies be distributed to **RICARDO M. ADOBBATI as attorney ad litem, and RENATO MORENO VELA** and for such other and further relief, to which petitioner and primary petitioner may show themselves justly entitled to receive.

Signed on this the ___20___ day of ___JUNE___, 2003.

Respectfully submitted,

LAW OFFICES OF RICARDO M. AD0BBATI

By:_____
Ricardo M. Adobbati
State Bar No. 00790208
USDC Adm No. 18158

Attorney for Petitioner

134 E. Price Road
Brownsville, Texas 78521
Telephone: (956) 544-6882
Facsimile:  (956) 544-6883

## CERTIFICATE OF CONFERENCE

I, Ricardo M. Adobbati, attorney for plaintiff conferred with Charmayne Moody, authorized representative for Trustee, Southwest Guaranty Trust on this 20 day of June, 2003 and she has informed me she is not opposed to the filing of this motion.

_____
Ricardo M. Adobbati