# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JUN 2 4 2003

Michael N. Milby
Clerk of Court

JUDGE___FILEMON B. VELA_____

CASE MANAGER ___Maria F. Garza_____

COURT REPORTER: Bill Holloway    LAW CLERK ___David Willis_____

INTERPRETER:_____

DATE:___6/24/03_____    TIME:_____10:30 am____ / ____10:45 am_____

                   Begin        End

************************************************************************

CIVIL ACTION NO. ___B-91-185  Consolidated with:___
             B-92-079
             B-93-009
             B-93-137
             B-94-047

ROLANDO RODRIGUEZ, et al.        RICARDO M. ADOBATTI
                               Attorney Ad Litem

VS

MALLORY CAPACITOR COMPANY

---

Parties announced ready for hearing. Present: Renato Moreno Vela, Petitioner and Ricardo M. Adobatti, Attorney Ad Litem for Petitioner. Hearing on Unopposed Motion to Dissolve Trust held. Exhibits presented. Motion granted. Trust corpus will be placed into an annuity yet to be selected. Attorney's fees and related costs will, by agreement with Renato Moreno Vela, be taken from the corpus prior to its placement into the annuity.

318