United States District Court
Southern District of Texas
ENTERED

JUN 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUN 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| Plaintiffs | § | Consolidated with: |
| VS. | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR COMPANY, | § | B-93-137 |
| Et al Defendants | § | B-94-047 |

### UNOPPOSED ORDER DISSOLVING TRUST ON BEHALF OF RENATO MORENO VELA

On the 24th day of June, 2003, came to be heard the Petitioner's Unopposed Motion to Dissolve Trust in the above entitled and numbered cause filed by **RENATO MORENO VELA**. Petitioner appeared by and through his counsel of record, Ricardo M. Adobbati, Attorney ad Litem. Southwest Guaranty, the duly authorized and appointed trustee of the trust established by this Court in the above entitled and numbered cause appeared by and through its officer, Mrs Charmayne Moody. All issues of fact and law were submitted to the Court for decision through witness testimony, documentary evidence and argument.

Having reviewed the pleadings and other papers on file in this cause, and having considered the evidence presented and arguments of counsel, the Court finds as follows:

1. The Court has jurisdiction and venue of this action.

2. All necessary parties to this action are properly before the Court and have been duly served with citation in the manner required by law, or have voluntarily entered a general appearance in this cause.

3. The TRUST AGREEMENT FOR **RENATO MORENO VELA** dated June 27, 1995 is an irrevocable Trust maintained by Texas State Bank for the benefit of **RENATO MORENO VELA** (the Primary Beneficiary).

319

4. The current Trustee of the Trust is Southwest Guaranty Trust.

5. **RENATO MORENO VELA** is the sole person appointed Primary Beneficiary of his estate in the United States District Court, Southern District of Texas, Brownsville Division, Cameron County, Texas.

6. Section 112.054 of the Texas Trust Code provides that on petition of a beneficiary, a court may order that a trust be terminated if:

   a.   The purposes of the trust have been fulfilled or have become illegal or impossible to fulfill; or
   b.   Because of circumstances not known to or anticipated by the settlor, compliance with the terms of the trust would defeat or substantially impair the accomplishment of the purposes of the trust.

7. Petitioner has requested termination of the Trust because he believes it is in the best interest of the Primary Beneficiary to dissolve the trust. Beneficiary has become the age of eighteen years and able to handle his personal affairs. Primary Beneficiary has further educated himself and provided sufficient evidence of his capability to handle his own monetary affairs.

8. The interests of the Primary Beneficiary would be best served by terminating the trust as his limited access to the funds has created a situation contrary to the intent of the trust, that is, that said funds be used for his maintenance and well being.

9. Southwest Guaranty has tendered an accounting of their actions as Trustee of the Trust ("Final Accounting"). The Final Accounting reflects the Trustee has administered the Trust in accordance with the requirements of the Trust and the Texas law.

10. The Final Accounting should be approved in all respects, and the trustee should be released and discharged from any and all liabilities arising out of, or in any way related to, the Trust or the Trust Termination.

11. The Trust should be terminated and the remaining Trust estate, after payment of all Court costs and expenses, and legal fees, be distributed **RICARDO M. ADOBBATI as attorney ad litem, and RENATO MORENO VELA**

12. The Trustee should promptly liquidate all non-cash assets of the Trust, if any.

13. Although there may be unborn or unascertained contingent beneficiaries of the Trust, their interests are adequately represented in this proceeding by **RENATO MORENO VELA**

14. Pursuant to Section 114.064 of the Texas Trust Code, the Petitioner is entitled to recover reasonable and necessary attorney fees and litigation expenses from the Trust.

Such amounts shall be paid by Primary Beneficiary from the corpus of the trust once dissolved.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The **RENATO MORENO VELA** Trust is hereby terminated;

2. The termination shall be effective immediately upon the entry of this Final Judgment by the Court,

3. The Trustee is directed to deliver the remaining trust estate, after payment of all Court costs and expenses and legal fees, to **RICARDO M. ADOBBATI as attorney ad litem, and RENATO MORENO VELA.**

4. The provisions of this Final Judgment shall constitute sufficient legal authority to all persons owing any money to the Trust, having custody of any property of the Trust, or acting as registrar or transfer agent for any property of the trust, for payment or transfer of such money, property or right, without liability, to **RENATO MORENO VELA.**

5. It is further ORDERED, ADJUDGED and DECREED that the Trustee shall promptly liquidate all non-cash assets of the Trust held in the Trustee's name and that the Trustee shall deliver all properties in its possession, after payment of all Court costs, expenses and legal fees as above set forth, to **RICARDO M. ADOBBATI as attorney ad litem, and RENATO MORENO VELA**, as soon as reasonably possible after the entry of the Final Judgment.

6. If requested to do so, the Trustee shall execute any other document reasonably necessary to effect the transfer to title or delivery of its interest as trustee in the properties of the Trust to **RENATO MORENO VELA.**

It is further ORDERED, ADJUDGED and DECEED that the Final Accounting submitted by the Trustee is hereby approved in all respects, and that the Trustee is released and discharged from any and all liabilities arising ort of, or in any way related to, the administration of the Trust, including its termination.

It is further ORDERED, ADJUDGED and DECREED that Ricardo Adobbati is entitled to recover reasonable attorney fees and court costs in the amount of **$5000.00** from the Trust pursuant to Section 114.064 of the Texas Trust Code, and that these fees shall be paid by Beneficiary **RENATO MORENO VELA.** from the corpus once delivered to Ricardo Adobbati, in trust.

It is further ORDERED, ADJUDGED and DECREED that all filing fees and court costs in this cause are hereby taxed against the Trust, for which let execution issue if not timely paid.

All relief requested and not expressly granted herein is denied.

SIGNED this 24th day of June, 2003.

_____
UNITED STATED DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

SOUTHWEST GUARANTY COURT TRUST,
A division of National Fiduciary Services, N.A.
10411 Westheimer, Suite 200
Houston, Texas 77042-3500
(713) 334-9577 (Telephone)
(713) 334-0559 (Fax)

_____
Charmayne Moody
Vice-President

**TRUSTEE FOR RENATO MORENO VELA**

LAW OFFICES OF RICARDO M. ADOBBATI
134 E. Price Road
Brownsville, Texas 78521
Telephone No. (956) 544-6882
Facsimile No. (956) 544-6883

_____
Ricardo M. Adobbati
USDC Adm No. 18158
State Bar No. 00790208
Attorney Ad Litem for **RENATO MORENO VELA**