

**EncoreTrust**
An Affiliate of EncoreBank

## LUIS C. REYNUA IBARRA SEC 142 NRA

| | |
|---|---|
| Account Number: | 20-1328-01-0 |
| Statement Period: | 07/01/06 - 09/30/06 |

Administrator:
Nora Vargas (713) 334-9577

LUIS CARLOS REYNUA IBARRA
313 WESTERN BLVD.
BROWNSVILLE TX 78520

### Asset Allocation



CASH & EQUIV
EQUITIES
FIXED INCOME

### Asset Valuation

| Description | Market Value | % of Account |
|---|---:|---:|
| Cash & Equiv | 2,640.62 | 5.0% |
| Fixed Income | 39,732.19 | 75.2% |
| Equities | 10,467.46 | 19.8% |
| **Total Portfolio** | **$ 52,840.27** | **100.0%** |

### Market Reconcilement

| | Current Period | Year To Date |
|---|---:|---:|
| Beginning Market Value | $ 50,903.48 | $ 52,188.46 |
| Income | | |
|   Interest | 0.00 | 466.65 |
|   Dividends | 33.79 | 186.35 |
| Disbursements | | |
|   To/For Beneficiary | 0.00 | -322.21 |
|   Fees/Expenses | 0.00 | -1,099.69 |
| Realized Gains/(Losses) | 0.00 | -620.04 |
| Change In Market Appreciation/(Depreciation) | 1,903.00 | 2,200.96 |
| Non-Cash Asset Changes | 0.00 | -160.21 |
| **Ending Market Value** | **$ 52,840.27** | **$ 52,840.27** |

*"EXHIBIT C"*



**ENCORETRUST**
An Affiliate of EncoreBank

## LUIS C. REYNUA IBARRA SEC 142 NRA

Account Number: 20-1328-01-0
Statement Period: 07/01/06 - 09/30/06

### Asset Position As of 09/30/06

| Asset Description | Units | Market Value / Cost | Est. Annual Income | Current Yield |
|---|---|---|---|---|
| **Cash Equivalents** | | | | |
| Encore Bank Deposit Program | 2,640.620 | 2,640.62 / 2,640.62 | 138.00 | 5.24% |
| **Total Cash Equivalents** | | $ 2,640.62 / $ 2,640.62 | 138.00 | 5.24% |
| **Equities** | | | | |
| Vie Vanguard US 500 Index | 831.695 | 10,467.46 / 8,806.66 | | |
| **Total Equities** | | $ 10,467.46 / $ 8,806.66 | 0.00 | 0.00% |
| **Fixed Income** | | | | |
| Vie Vanguard US Govt Bond Index | 327.214 | 39,732.19 / 38,025.65 | | |
| **Total Fixed Income** | | $ 39,732.19 / $ 38,025.65 | 0.00 | 0.00% |
| **Cash** | | | | |
| Principal Cash | | 18,189.95 / 18,189.95 | | |
| Income Cash | | -18,189.95 / -18,189.95 | | |
| **Total Cash** | | $ 0.00 / $ 0.00 | 0.00 | 0.00% |
| **Total Market Value** | | $ 52,840.27 / $ 49,472.93 | 138.00 | 0.26% |

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Encore Bank Deposit Program | | | |
| Div To 06/30/06 | 07/03/06 | 10.61 | |
| Div To 07/31/06 | 08/01/06 | 11.51 | |


**An Affiliate of EncoreBank**

## LUIS C. REYNUA IBARRA SEC 142  NRA

**Account Number:** 20-1328-01-0
**Statement Period:** 07/01/06 - 09/30/06

### Income Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Div To 08/31/06 | 09/01/06 | 11.67 | |
| **Total Dividend Income** | | **$ 33.79** | **$ 0.00** |
| **Total Income** | | **$ 33.79** | **$ 0.00** |

### Purchase Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Encore Bank Deposit Program Purchases (3) 07/01/06 To 09/30/06 | 09/30/06 | | -33.79 |
| **Total Purchases** | | **$ 0.00** | **$ -33.79** |

THE INVESTMENT OBJECTIVE FOR THIS ACCOUNT IS CONSERVATIVE