

**ENCORETRUST**
An Affiliate of EncoreBank

**DEYANIRA Y RODRIGUEZ ROCHA 142 NRA**

Account Number: 20-1323-01-1
Statement Period: 07/01/06 - 09/30/06

Administrator:
Nora Vargas (713) 334-9577

DEYANIRA Y. RODRIGUEZ ROCHA
CALLE PLAYA SOL #130
COLONIA PLAYA SOL H
MATAMOROS TAMPS MX

## Asset Allocation

## Asset Valuation

| Description | Market Value | % of Account |
|---|---:|---:|
| Cash & Equiv | 8,905.72 | 100.0% |
| **Total Portfolio** | **$ 8,905.72** | **100.0%** |



CASH & EQUIV

## Market Reconcilement

| | Current Period | Year To Date |
|---|---:|---:|
| **Beginning Market Value** | $ 8,791.76 | $ 11,211.28 |
| Income | | |
| Dividends | 113.96 | 160.02 |
| Disbursements | | |
| To/For Beneficiary | 0.00 | -1,822.21 |
| Fees/Expenses | 0.00 | -515.36 |
| Realized Gains/(Losses) | 0.00 | 520.85 |
| Change In Market Appreciation/(Depreciation) | 0.00 | -648.86 |
| **Ending Market Value** | **$ 8,905.72** | **$ 8,905.72** |

277

Page 1 of 3

*"EXHIBIT C"*


An Affiliate of EncoreBank

## DEYANIRA Y RODRIGUEZ ROCHA 142 NRA

Account Number: 20-1323-01-1
Statement Period: 07/01/06 - 09/30/06

### Asset Position As of 09/30/06

| Asset Description | Units | Market Value / Cost | Est. Annual Income | Current Yield |
|---|---|---|---|---|
| **Cash Equivalents** | | | | |
| Encore Bank Deposit Program | 8,905.720 | 8,905.72 / 8,905.72 | 466.00 | 5.24% |
| **Total Cash Equivalents** | | $ 8,905.72 / $ 8,905.72 | 466.00 | 5.24% |
| **Cash** | | | | |
| Principal Cash | | 17,157.49 / 17,157.49 | | |
| Income Cash | | -17,157.49 / -17,157.49 | | |
| **Total Cash** | | $ 0.00 / $ 0.00 | 0.00 | 0.00% |
| **Total Market Value** | | $ 8,905.72 / $ 8,905.72 | 466.00 | 5.24% |

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Encore Bank Deposit Program | | | |
| Div To 06/30/06 | 07/03/06 | 35.79 | |
| Div To 07/31/06 | 08/01/06 | 38.83 | |
| Div To 08/31/06 | 09/01/06 | 39.34 | |
| **Total Dividend Income** | | $ 113.96 | $ 0.00 |
| **Total Income** | | $ 113.96 | $ 0.00 |

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Encore Bank Deposit Program | | | |
| Purchases (3) 07/01/06 To 09/30/06 | 09/30/06 | | -113.96 |
| **Total Purchases** | | $ 0.00 | $ -113.96 |


An Affiliate of EncoreBank

**DEYANIRA Y RODRIGUEZ ROCHA 142 NRA**         **Account Number:**     20-1323-01-1
                                                **Statement Period:**    07/01/06 - 09/30/06

THE INVESTMENT OBJECTIVE FOR THIS ACCOUNT IS ALL CASH