# AFFIDAVIT OF ADELAIDA GONZALEZ RIVERA

1. I am the mother of Marisol Gonzalez Rivera I was a part of the original settlement with the defendants

2. Marisol Gonzalez Rivera is my daughter. She was born on November 7, 1976.

3. At the time of the original settlement I was not aware of the mental capacity of my child as she was still an infant.

4. As she became older it was apparent she was born with some mental deficiency which would not allow that she handle her own financial affairs.

5. Marisol Gonzalez Rivera is a Mexican Citizen. She has resided with me since her birth.

6. She will not be seeking U.S. citizenship and has no plans to reside in the U.S.

7. The limitations placed on the family due to the requirements of complying with a Special Needs Trust are onerous.

8. On a regular basis the family is short on finds for medical treatment of Marisol Gonzalez Rivera. Because he does not have access to either medicare or medicaid, and the treatment takes place in Mexico, all expenses must be paid by the family and reimbursement by the trust is delayed or difficult due to the lack of receipts or documentation in such instances.

9. The dissolution of the trust shall be extremely beneficial as it will allow us to receive a set amount every month. The monthly expenses for the treatment of my daughter are the equivalent of approximately $ _500_ per month including medication and other medical needs.

10. I am fully aware the monies coming from the annuity of the trust are to be used solely for the benefit of my daughter.

11. I am also aware by placing the money in an annuity we will not be allowed to receive any monies in excess of the monthly amount.

12. Being fully aware of the above, I wish the trust be dissolved and place in an annuity.

*"EXHIBIT B"*

13. I have had this affidavit translated to me in Spanish and agree with the statements contained herein.

*Adelaida Gonzalez R.*
**ADELAIDA GONZALEZ RIVERA**

SUBSCRIBED AND SWORN TO before me by said witness, Adelaida Gonzalez Rivera on this the 1st day of May, 2006.



*Olga L. Glasgow*
Notary Public In and for the State of Texas

## **DECLARACIÓN DE ADELAÍDA GONZALEZ RIVERA**

1. Yo soy la mama de Marisol Gonzalez Rivera.

2. Yo fui parte del acuerdo original hecho con los demandados.

3. Marisol Gonzalez Rivera es mi hija. Ella nació el día 7 de noviembre de 1976.

4. Al momento del acuerdo original, yo no estaba consiente de la capacidad mental de mi hija. Era aun una menor y no se sabia si tendría problemas mentales en el futuro.

5. Después de varios años se hizo evidente que ella nació con algún tipo deficiencia mental que no le permite arreglar sus propios asuntos financieros.

6. Marisol Gonzalez Rivera es ciudadana Mexicana. Ella ha residido conmigo desde su nacimiento.

7. Ella no busca la ciudadanía Estadounidense y no tiene planes de residir en los Estados Unidos.

8. Las limitaciones impuestas sobre la familia debido a los requerimientos para conformar con el fideicomiso son dificultosas.

9. Regularmente la familia tiene dificultades en encontrar tratamiento medico para Marisol Gonzalez Rivera. El tratamiento toma lugar en México y los gastos deben ser pagados por la familia al momento de recibirlo y el reembolso de parte del fideicomiso es tardado o difícil debido a la falta de recibos o documentación en muchas instancias.

10. La disolución del fideicomiso será extremadamente beneficiosa pues nos permitirá recibir una suma fija cada mes. Los gastos mensuales de mi hija son un equivalente de aproximadamente $ 500 por mes incluyendo medicamento y otras necesidades medicas.

11. Yo estoy completamente conciente que los fondos recibidos de la pensión del fidecomiso deben ser usados solo para el beneficio de mi hija.

12. También estoy completamente consciente que poniendo estos fondos en una pensión no se nos permitirá recibir fondos en exceso de la suma mensual.

13. Siendo completamente consciente de lo antemencionado, deseo que el fideicomiso sea disuelto y puesto un una pensión.

*"EXHIBIT B"*

14. Esta declaración me ha sido traducida al idioma Español y estoy de acuerdo con las declaraciones aquí hechas.

*Adelaida Gonzalez R.*
_____
ADELAIDA GONZALEZ RIVERA

SUBSCRIBED AND SWORN TO before me by said witness, Adelaida Gonzalez Rocha, on this the 1ST day of May, 2006.


Olga Lydia Glasgow
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 6-17-2006

*Olga L. Glasgow*
_____
Notary Public In and for the State of Texas