
**ENCORETRUST**
An Affiliate of EncoreBank

| | |
|---|---|
| **MARISOL GONZALEZ RIVERA SEC 142 NRA** | Account Number: 20-1320-01-7<br>Statement Period: 07/01/06 - 09/30/06 |

Administrator:
Nora Vargas (713) 334-9577

MARISOL GONZALEZ RIVERA
1445 E. ADAMS #295
BROWNSVILLE TX 78520

## Asset Allocation

CASH & EQUIV
EQUITIES
FIXED INCOME

## Asset Valuation

| Description | Market Value | % of Account |
|---|---:|---:|
| Cash & Equiv | 985.57 | 2.6% |
| Fixed Income | 28,837.03 | 76.9% |
| Equities | 7,658.17 | 20.4% |
| **Total Portfolio** | **$ 37,480.77** | **100.0%** |

## Market Reconcilement

| | Current Period | Year To Date |
|---|---:|---:|
| **Beginning Market Value** | $ 36,559.91 | $ 38,432.50 |
| Income | | |
|    Interest | 0.00 | 635.85 |
|    Dividends | 20.48 | 111.16 |
| Disbursements | | |
|    To/For Beneficiary | -484.27 | -1,735.57 |
|    Fees/Expenses | 0.00 | -1,010.35 |
| Realized Gains/(Losses) | 0.00 | -1,687.50 |
| Change In Market Appreciation/(Depreciation) | 1,384.65 | 2,734.68 |
| **Ending Market Value** | **$ 37,480.77** | **$ 37,480.77** |

# ENCORETRUST
*An Affiliate of EncoreBank*

## MARISOL GONZALEZ RIVERA SEC 142 NRA

Account Number: 20-1320-01-7
Statement Period: 07/01/06 - 09/30/06

### Asset Position As of 09/30/06

| Asset Description | Units | Market Value / Cost | Est. Annual Income | Current Yield |
|---|---|---|---|---|
| **Cash Equivalents** | | | | |
| Encore Bank Deposit Program | 985.570 | 985.57 / 985.57 | 51.00 | 5.24% |
| **Total Cash Equivalents** | | $ 985.57 / $ 985.57 | 51.00 | 5.24% |
| **Equities** | | | | |
| Vie Vanguard US 500 Index | 608.482 | 7,658.17 / 6,502.43 | | |
| **Total Equities** | | $ 7,658.17 / $ 6,502.43 | 0.00 | 0.00% |
| **Fixed Income** | | | | |
| Vie Vanguard US Govt Bond Index | 237.487 | 28,837.03 / 28,004.09 | | |
| **Total Fixed Income** | | $ 28,837.03 / $ 28,004.09 | 0.00 | 0.00% |
| **Cash** | | | | |
| Principal Cash | | 12,604.51 / 12,604.51 | | |
| Income Cash | | -12,604.51 / -12,604.51 | | |
| **Total Cash** | | $ 0.00 / $ 0.00 | 0.00 | 0.00% |
| **Total Market Value** | | $ 37,480.77 / $ 35,492.09 | 51.00 | 0.14% |

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Encore Bank Deposit Program | | | |
| Div To 06/30/06 | 07/03/06 | 7.58 | |
| Div To 07/31/06 | 08/01/06 | 6.41 | |



**ENCORETRUST**
*An Affiliate of EncoreBank*

**MARISOL GONZALEZ RIVERA SEC 142 NRA**

Account Number: 20-1320-01-7
Statement Period: 07/01/06 - 09/30/06

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Div To 08/31/06 | 09/01/06 | 6.49 | |
| Total Dividend Income | | $ 20.48 | $ 0.00 |
| **Total Income** | | **$ 20.48** | **$ 0.00** |

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| To/For Beneficiary | | | |
| Banamex<br>Reimbursement For Medication and Diapers<br>Adelaida Gonzalez Rivera<br>Ac#02818079774386530 | 09/28/06 | -484.27 | |
| Total To/For Beneficiary | | $ -484.27 | $ 0.00 |
| **Total Disbursements** | | **$ -484.27** | **$ 0.00** |

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Encore Bank Deposit Program<br>Purchases (3) 07/01/06 To 09/30/06 | 09/30/06 | | -20.48 |
| **Total Purchases** | | **$ 0.00** | **$ -20.48** |

### Sale Activity

| | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Encore Bank Deposit Program<br>Sales (1) 07/01/06 To 09/30/06 | 09/30/06 | 484.27 | |
| **Total Sales** | | **$ 484.27** | **$ 0.00** |

THE INVESTMENT OBJECTIVE FOR THIS ACCOUNT IS CONSERVATIVE