# ENCORETRUST
An Affiliate of EncoreBank

**JUAN A. RIVAS ORTIZ SEC 142 NRA**

Account Number: 20-1325-01-6
Statement Period: 07/01/06 - 09/30/06

Administrator:
Nora Vargas (713) 334-9577

JUAN ARTURO RIVAS ORTIZ
C/O EVA ORTIZ NAJERA
2053 JOHNSON
BROWNSVILLE TX 78520

## Asset Allocation



## Asset Valuation

| Description | Market Value | % of Account |
|---|---:|---:|
| Cash & Equiv | 5,019.85 | 4.6% |
| Fixed Income | 81,741.26 | 75.3% |
| Equities | 21,807.58 | 20.1% |
| **Total Portfolio** | **$ 108,568.69** | **100.0%** |

## Market Reconcilement

| | Current Period | Year To Date |
|---|---:|---:|
| **Beginning Market Value** | $ 105,798.51 | $ 106,840.67 |
| Income | | |
|   Interest | 162.50 | 1,572.76 |
|   Dividends | 67.75 | 320.38 |
| Disbursements | | |
|   To/For Beneficiary | -629.07 | -951.28 |
|   Fees/Expenses | 0.00 | -1,653.11 |
| Realized Gains/(Losses) | 0.00 | -1,150.91 |
| Change In Market Appreciation/(Depreciation) | 3,193.68 | 4,054.33 |
| Non-Cash Asset Changes | -24.68 | -464.15 |
| **Ending Market Value** | **$ 108,568.69** | **$ 108,568.69** |

277           *"EXHIBIT C"*           Page 1 of 4


An Affiliate of EncoreBank

| JUAN A. RIVAS ORTIZ SEC 142  NRA | | Account Number:<br>Statement Period: | 20-1325-01-6<br>07/01/06 - 09/30/06 | |
|---|---|---|---|---|

### Asset Position As of 09/30/06

| Asset Description | Units | Market Value<br>Cost | Est. Annual Income | Current<br>Yield |
|---|---|---|---|---|
| **Cash Equivalents** | | | | |
| Encore Bank Deposit Program | 5,019.850 | 5,019.85<br>5,019.85 | 263.00 | 5.24% |
| **Total Cash Equivalents** | | **$ 5,019.85**<br>**$ 5,019.85** | **263.00** | **5.24%** |
| **Equities** | | | | |
| Vie Vanguard US 500 Index | 1,732.727 | 21,807.58<br>18,347.50 | | |
| **Total Equities** | | **$ 21,807.58**<br>**$ 18,347.50** | **0.00** | **0.00%** |
| **Fixed Income** | | | | |
| US Treasury Note<br>4 75% Dtd 11/16/98 Due 11/15/2008 | 10,000.000 | 10,016.80<br>10,350.33 | 475.00 | 4.74% |
| US Treasury Note<br>3.500% Dtd 11/15/01 Due 11/15/2006 | 10,000.000 | 9,985.95<br>10,057.33 | 350.00 | 3.50% |
| US Treasury Note<br>3.25% Dtd 08/15/2002 Due 08/15/2007 | 10,000 000 | 9,857.80<br>10,050.36 | 325.00 | 3.30% |
| Vie Vanguard US Govt Bond Index | 427.263 | 51,880.71<br>50,057.45 | | |
| **Total Fixed Income** | | **$ 81,741.26**<br>**$ 80,515.47** | **1,150.00** | **1.41%** |
| **Cash** | | | | |
| Principal Cash | | 2,650.69<br>2,650.69 | | |
| Income Cash | | -2,650.69<br>-2,650.69 | | |
| **Total Cash** | | **$ 0.00**<br>**$ 0.00** | **0.00** | **0.00%** |
| **Total Market Value** | | **$ 108,568.69**<br>**$ 103,882.82** | **1,413.00** | **1.30%** |


An Affiliate of EncoreBank

# JUAN A. RIVAS ORTIZ SEC 142 NRA

**Account Number:** 20-1325-01-6
**Statement Period:** 07/01/06 - 09/30/06

## Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Interest Income** | | | |
| US Treasury Note 3.25% Dtd 08/15/2002 Due 08/15/2007 Int To 08/15/06 on 10,000 | 08/15/06 | 162.50 | |
| Total Interest Income | | $ 162.50 | $ 0.00 |
| **Dividend Income** | | | |
| Encore Bank Deposit Program | | | |
| Div To 06/30/06 | 07/03/06 | 22.06 | |
| Div To 07/31/06 | 08/01/06 | 23.84 | |
| Div To 08/31/06 | 09/01/06 | 21.85 | |
| Total Dividend Income | | $ 67.75 | $ 0.00 |
| **Total Income** | | $ 230.25 | $ 0.00 |

## Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Banamex Swift#Bnmxmxmm Account#002818089300645143 N/O Eva Orti Najra Reimbursement For Medication, Supplies X Rays & $300.00 For Clothing Allowance | 07/31/06 | -629.07 | |
| Total To/For Beneficiary | | $ -629.07 | $ 0.00 |
| **Total Disbursements** | | $ -629.07 | $ 0.00 |

## Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Encore Bank Deposit Program Purchases (4) 07/01/06 To 09/30/06 | 09/30/06 | | -230.25 |
| **Total Purchases** | | $ 0.00 | $ -230.25 |


### ENCORETRUST
An Affiliate of EncoreBank

| JUAN A. RIVAS ORTIZ SEC 142 NRA | Account Number: | 20-1325-01-6 |
| | Statement Period: | 07/01/06 - 09/30/06 |

## Sale Activity

| | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Encore Bank Deposit Program Sales (1) 07/01/06 To 09/30/06 | 09/30/06 | 629.07 | |
| **Total Sales** | | **$ 629.07** | **$ 0.00** |

## Non-Cash Activity

| | Date | Cost |
|---|---|---|
| US Treasury Note 3.25% Dtd 08/15/2002 Due 08/15/2007 Amortization of Premium on | 08/15/06 | -24.68 |
| **Total Non-Cash Transactions** | | **$ -24.68** |

THE INVESTMENT OBJECTIVE FOR THIS ACCOUNT IS CONSERVATIVE