# ENCORETRUST
An Affiliate of EncoreBank

**CLAUDIA FRAUSTO MARTINEZ SEC 142 NRA**

Account Number: 20-1332-01-2
Statement Period: 07/01/06 - 09/30/06

Administrator:
Nora Vargas (713) 334-9577

CLAUDIA IVON FRAUSTO MARTINEZ
CALLE 16 GENARO
GODINA ANDADOR I #9
H. MATAMOROS TAMPS MX.

## Asset Allocation



## Asset Valuation

| Description | Market Value | % of Account |
|---|---:|---:|
| Cash & Equiv | 1,143.90 | 3.3% |
| Fixed Income | 26,872.36 | 76.7% |
| Equities | 7,004.04 | 20.0% |
| **Total Portfolio** | **$ 35,020.30** | **100.0%** |

## Market Reconcilement

| | Current Period | Year To Date |
|---|---:|---:|
| **Beginning Market Value** | $ 33,890.40 | $ 36,790.25 |
| Income | | |
|    Interest | 0.00 | 466.60 |
|    Dividends | 17.27 | 114.20 |
| Disbursements | | |
|    To/For Beneficiary | -170.14 | -2,000.19 |
|    Fees/Expenses | 0.00 | -1,061.86 |
| Realized Gains/(Losses) | 0.00 | -810.25 |
| Change In Market Appreciation/(Depreciation) | 1,282.77 | 1,681.69 |
| Non-Cash Asset Changes | 0.00 | -160.14 |
| **Ending Market Value** | **$ 35,020.30** | **$ 35,020.30** |

277

*"EXHIBIT C"*

Page 1 of 3


An Affiliate of EncoreBank

## CLAUDIA FRAUSTO MARTINEZ SEC 142 NRA

**Account Number:** 20-1332-01-2
**Statement Period:** 07/01/06 - 09/30/06

### Asset Position As of 09/30/06

| Asset Description | Units | Market Value / Cost | Est. Annual Income | Current Yield |
|---|---|---|---|---|
| **Cash Equivalents** | | | | |
| Encore Bank Deposit Program | 1,143.900 | 1,143.90 / 1,143.90 | 59.00 | 5.24% |
| **Total Cash Equivalents** | | $ 1,143.90 / $ 1,143.90 | 59.00 | 5.24% |
| **Equities** | | | | |
| Vie Vanguard US 500 Index | 556.508 | 7,004.04 / 6,866.74 | | |
| **Total Equities** | | $ 7,004.04 / $ 6,866.74 | 0.00 | 0.00% |
| **Fixed Income** | | | | |
| Vie Vanguard US Govt Bond Index | 221.307 | 26,872.36 / 26,082.48 | | |
| **Total Fixed Income** | | $ 26,872.36 / $ 26,082.48 | 0.00 | 0.00% |
| **Cash** | | | | |
| Principal Cash | | 26,008.28 / 26,008.28 | | |
| Income Cash | | -26,008.28 / -26,008.28 | | |
| **Total Cash** | | $ 0.00 / $ 0.00 | 0.00 | 0.00% |
| **Total Market Value** | | $ 35,020.30 / $ 34,093.12 | 59.00 | 0.17% |

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Encore Bank Deposit Program | | | |
| Div To 06/30/06 | 07/03/06 | 6.00 | |
| Div To 07/31/06 | 08/01/06 | 5.73 | |


An Affiliate of EncoreBank

## CLAUDIA FRAUSTO MARTINEZ SEC 142 NRA

Account Number: 20-1332-01-2
Statement Period: 07/01/06 - 09/30/06

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Div To 08/31/06 | 09/01/06 | 5.54 | |
| **Total Dividend Income** | | **$ 17.27** | **$ 0.00** |
| **Total Income** | | **$ 17.27** | **$ 0.00** |

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Banamex Reimbursement For Medication Purchased on June 1, July 5 & August 6, & 10 Sara Martinez Ac#02818089300568055 | 08/21/06 | -170.14 | |
| **Total To/For Beneficiary** | | **$ -170.14** | **$ 0.00** |
| **Total Disbursements** | | **$ -170.14** | **$ 0.00** |

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Encore Bank Deposit Program Purchases (3) 07/01/06 To 09/30/06 | 09/30/06 | | -17.27 |
| **Total Purchases** | | **$ 0.00** | **$ -17.27** |

### Sale Activity

| | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Encore Bank Deposit Program Sales (1) 07/01/06 To 09/30/06 | 09/30/06 | 170.14 | |
| **Total Sales** | | **$ 170.14** | **$ 0.00** |

THE INVESTMENT OBJECTIVE FOR THIS ACCOUNT IS CONSERVATIVE