# AFFIDAVIT OF MARIA LUISA MARTINEZ AGUILAR

1. I am the mother of JULIO IVAN MARTINEZ AGUILAR.

2. I was a part of the original settlement with the defendants

3. Julio Ivan Martinez Aguilar is my son. He was born on September 9, 1976.

4. At the time of the original settlement I was not aware of the mental capacity of my child as he was still an infant

5. As he became older it was apparent he was born with some mental deficiency which would not allow that he handle his own financial affairs.

6. Julio Ivan Martinez Aguilar is a Mexican Citizen. He has resided with me since his birth.

7. He will not be seeking U.S. citizenship and has no plans to reside in the U.S.

8. The limitations placed on the family due to the requirements of complying with a Special Needs Trust are onerous.

9. On a regular basis the family is short on finds for medical treatment of Julio Ivon Martinez Aguilar. Because he does not have access to either medicare or medicaid, and the treatment takes place in Mexico, all expenses must be paid by the family and reimbursement by the trust is delayed or difficult due to the lack of receipts or documentation in such instances.

10. The dissolution of the trust shall be extremely beneficial as it will allow us to receive a set amount every month. The monthly expenses for the treatment of my son are the equivalent of approximately $500.00 per month including medication and other medical needs.

11. I am fully aware the monies coming from the annuity of the trust are to be used solely for the benefit of my son.

12. I am also aware by placing the money in an annuity we will not be allowed to receive any monies in excess of the monthly amount.

13. Being fully aware of the above, I wish the trust be dissolved and place in an annuity.

*"EXHIBIT B"*

14. I have had this affidavit translated to me in Spanish and agree with the statements contained herein.

_ma luisa martinez a._

**MARIA LUISA MARTINEZ AGUILAR**

SUBSCRIBED AND SWORN TO before me by said witness, MARIA Luisa MArtinezAguilar on this the ___1st___ day of ___May___, 2006.



Olga Lydia Glasgow
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 6-17-2006

_Olga A. Glasgow_
Notary Public In and for the State of Texas

## DECLARACIÓN DE MARIA LUISA MARTINEZ AGUILAR

1. Yo soy la mama de Julio Ivan Martinez Aguilar.

2. Yo fui parte del acuerdo original hecho con los demandados.

3. Julio Ivan Martinez Aguilar es mi hijo. El nació el día 9 de septiembre de 1976.

4. Al momento del acuerdo original, yo no estaba consiente de la capacidad mental de mi hijo. Era aun un menor y no se sabia si tendría problemas mentales en el futuro.

5. Después de varios años se hizo aparente que el nació con algún tipo deficiencia mental que no le permite arreglar sus propios asuntos financieros.

6. Julio Ivan Martinez Aguilar es ciudadano Mexicano. El ha residido conmigo desde su nacimiento.

7. El no busca la ciudadanía Estadounidense y no tiene planes de residir en los Estados Unidos.

8. Las limitaciones impuestas sobre la familia debido a los requerimientos para conformar con el fideicomiso son dificultosas.

9. Regularmente la familia tiene dificultades en encontrar tratamiento medico para Julio Ivan Martinez Aguilar. El tratamiento toma lugar en México y los gastos deben ser pagados por la familia al momento de recibirlo y el reembolso de parte del fideicomiso es tardado o difícil debido a la falta de recibos o documentación en muchas instancias.

10. La disolución del fideicomiso será extremadamente beneficiosa pues nos permitirá recibir una suma fija cada mes. Los gastos mensuales de mi hijo son un equivalente de aproximadamente $500.00 por mes incluyendo medicamento y otras necesidades medicas.

11. Yo estoy completamente conciente que los fondos recibidos de la pensión del fidecomiso deben ser usados solo para el beneficio de mi hijo.

12. También estoy completamente consciente que poniendo estos fondos en una pensión no se nos permitirá recibir fondos en exceso de la suma mensual.

13. Siendo completamente consciente de lo antemencionado, deseo que el fideicomiso sea disuelto y puesto un una pensión.

*"EXHIBIT B"*

14. Esta declaración me ha sido traducida al idioma Español y estoy de acuerdo con las declaraciones aquí hechas.

_____
MARIA LUISA MARTINEZ AGUILAR

SUBSCRIBED    AND    SWORN    TO    before    me    by    said    witness,
_____ this the __1ST__ day of _____May_____, 2006.

Olga Lydia Glasgow
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 6-17-2006

_____
Notary Public In and for the State of Texas