# ENCORETRUST
*An Affiliate of EncoreBank*

**JULIO MARTINEZ AGUILAR SEC 142 NRA**

**Account Number:** 20-1331-01-4
**Statement Period:** 07/01/06 - 09/30/06

**Administrator:**
Nora Vargas (713) 334-9577

JULIO IVON MARTINEZ AGUILAR
ALTAMIRA #108 COL. PLAYA SOL
H. MATAMOROS TAMPS C.P
MEXICO 87470

## Asset Allocation



## Asset Valuation

| Description | Market Value | % of Account |
|---|---:|---:|
| Cash & Equiv | 3,326.06 | 4.8% |
| Fixed Income | 52,794.32 | 75.5% |
| Equities | 13,825.62 | 19.8% |
| **Total Portfolio** | **$ 69,946.00** | **100.0%** |

## Market Reconcilement

| | Current Period | Year To Date |
|---|---:|---:|
| Beginning Market Value | $ 67,526.56 | $ 70,027.03 |
| Income | | |
|   Interest | 0.00 | 699.97 |
|   Dividends | 43.43 | 187.35 |
| Disbursements | | |
|   To/For Beneficiary | -147.89 | -1,430.12 |
|   Fees/Expenses | 0.00 | -1,358.88 |
| Realized Gains/(Losses) | 0.00 | -574.92 |
| Change In Market Appreciation/(Depreciation) | 2,523.90 | 2,635.78 |
| Non-Cash Asset Changes | 0.00 | -240.21 |
| **Ending Market Value** | **$ 69,946.00** | **$ 69,946.00** |

277

Page 1 of 3

*"EXHIBIT C"*



# ENCORETRUST
An Affiliate of EncoreBank

**JULIO MARTINEZ AGUILAR SEC 142 NRA**

Account Number: 20-1331-01-4
Statement Period: 07/01/06 - 09/30/06

## Asset Position As of 09/30/06

| Asset Description | Units | Market Value / Cost | Est. Annual Income | Current Yield |
|---|---|---|---|---|
| **Cash Equivalents** | | | | |
| Encore Bank Deposit Program | 3,326.060 | 3,326.06 / 3,326.06 | 174.00 | 5.24% |
| **Total Cash Equivalents** | | $ 3,326.06 / $ 3,326.06 | 174.00 | 5.24% |
| **Equities** | | | | |
| Vie Vanguard US 500 Index | 1.098.518 | 13,825.62 / 12,092.99 | | |
| **Total Equities** | | $ 13,825.62 / $ 12,092.99 | 0.00 | 0.00% |
| **Fixed Income** | | | | |
| Vie Vanguard US Govt Bond Index | 434.787 | 52,794.32 / 51,062.43 | | |
| **Total Fixed Income** | | $ 52,794.32 / $ 51,062.43 | 0.00 | 0.00% |
| **Cash** | | | | |
| Principal Cash | | 11,361.30 / 11,361.30 | | |
| Income Cash | | -11,361.30 / -11,361.30 | | |
| **Total Cash** | | $ 0.00 / $ 0.00 | 0.00 | 0.00% |
| **Total Market Value** | | $ 69,946.00 / $ 66,481.48 | 174.00 | 0.25% |

## Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Encore Bank Deposit Program | | | |
| Div To 06/30/06 | 07/03/06 | 13.97 | |
| Div To 07/31/06 | 08/01/06 | 14.77 | |


An Affiliate of EncoreBank

## JULIO MARTINEZ AGUILAR SEC 142 NRA

**Account Number:** 20-1331-01-4
**Statement Period:** 07/01/06 - 09/30/06

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Div To 08/31/06 | 09/01/06 | 14.69 | |
| **Total Dividend Income** | | **$ 43.43** | **$ 0.00** |
| **Total Income** | | **$ 43.43** | **$ 0.00** |

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Wachovia Bank New York ABA#26005092, Banca Afrime, S.A. Acct#2000192002341 N/O Maria Luisa Martinez Aguilar Acct#62818001171079 306 Reimbursement For Medication and Dr. Visits From May 27,31 June 3,7,17, 18, & 25 2006 | 07/14/06 | -147.89 | |
| **Total To/For Beneficiary** | | **$ -147.89** | **$ 0.00** |
| **Total Disbursements** | | **$ -147.89** | **$ 0.00** |

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Encore Bank Deposit Program Purchases (3) 07/01/06 To 09/30/06 | 09/30/06 | | -43.43 |
| **Total Purchases** | | **$ 0.00** | **$ -43.43** |

### Sale Activity

| | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Encore Bank Deposit Program Sales (1) 07/01/06 To 09/30/06 | 09/30/06 | 147.89 | |
| **Total Sales** | | **$ 147.89** | **$ 0.00** |

THE INVESTMENT OBJECTIVE FOR THIS ACCOUNT IS CONSERVATIVE