# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Rolando Rodriguez
Concepcion Rodriguez
Tomas Rodriguez
Marta R Rodriguez
Cruz R Garcia
Antonio V Rodriguez
Elma A Villarreal
Jose A Pena
Elida Pena
Antonio Perez
Pauline Cruz
Mario Gracia
Elvia Gracia
Adelaida G Rivera
Federico Caballero
Hilda Caballero
Bonifacio Gudino
Estela O Bautista
Elpidio Mireles
Leticia C Mireles
Rosa D Montalvo
Juan Zavala
Irma D Irma Duenes De Zavala
Renato M Villarreal
Margarita V Margarita Vela de Moreno
Armando R Armando Rivera Martinez
Guadalupe R Guadalupe Rodriguez Hernandez
Arturo R Arturo Rivas Davila
Eva O Eva Ortiz Rivas
Ricardo R Ricardo Rodriguez Garza
Graciela V Graciela Velasquez Gonzalez
Jesus Reynua
Oralia I Oralia Ibarra Tejeda
Victor S Victor Hugo Serna Aguiar
Maria S Maria Del Socorro Murillo Sanchez
Noe G Noe Guadalupe Tovar Gonzalez
Rosa N Rosa Neryda Lozano de Tovar
Santos S Santos Sanchez Cavazos
Maria A Maria de los Angeles Silva
Maria P Maria Ines Perez Miramontes
Marco A Marco Antonio Garcia
Maria C Maria Del Carmen Charles
Hector G Hector Mario Gandara Morales
Sanjuana C Sanjuana Campos de Gandara
Andres Martinez
Adela P Adela Perez de Martinez
Cresencio Gonzalez

Maria O Maria Olvera Juarez
Felicidad B Felicidad Basoria Amaro
Tomas Z Tomas Zamarron Mata
Noemi H Individually and as Next Friend of Tomas Alfredo Zamarron
Julian G Individually and as Next Friend of Julia Garza Cano, Nadia Yadira Garza Cano and Carmlita Garza Cano
Maria G Maria Guadalupe Cano de Garza
Valente F Valente Del Fierro Martinez
Dora E Dora Elia Lerma Duvan
Maricela Juarez
Jose A Jose Andres Trevino Gonzalez
Alicia Vasquez
Eusebio Bueno
Maria I Maria Isabel Maldonado Reyes
Ambrosio Mejia
Evangelina Mejia
Josephina Rodriguez
Manuel L Manuel Lopez Padron
Maria A Maria de los Angeles Reyes Rendon
Leobardo S Leobardo Silva Ramirez
Julio Rodriguez
Maria J Maria de Jesus Rodriguez
Cartina Hernandez
Epifanio Camacho
Ester U Ester Urbina de Camacho
Daniel R Daniel Rodriguez Lara
Francisca H Francisca Hernandez de Rodriguez
Reynaldo Sanchez de la Fuente , et al.

v.

Case No.:
1:91−cv−00185
Judge Andrew S. Hanen

Mallory Capacitor Company
Emhart Electrical/Electronic Group
Groendyke Transport, Inc.
Donald Adams
Joseph R Joseph Roger ETU Campbell
Yosemite Investment, Inc. d/b/a North American Capacitor Company
Kraft's General Food , et al.

                                                            Defendant

**NOTICE OF SETTING**

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison

Brownsville, TX

**DATE:**   11/8/06

**TIME:**   03:00 PM

**TYPE OF PROCEEDING:**   Motion Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   November 1, 2006

Michael N. Milby, Clerk