**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Richard Lynn Palmar
Attorney at Law
4412 74th Stree
Ste A-100
Lubbock  TX  79424

---

Case: 1:91-cv-00185   Instrument: 333   (5 pages)   aty
Date: Dec 20, 2006
Control: 061223505
FAX number: 806-795-3220 fax   (6 Total pages including cover sheet)
Notice: The attached order has been entered.

---

The United States District Court for the Southern District of Texas proposes
to amend its rules to require electronic filing in civil and criminal cases,
effective January 1, 2007.

The new procedures can be found on our web page at http://www.txs.uscourts.gov/
or specifically:

Proposed Amended Local Rule 5.1 and Administrative Procedures for Electronic
Filing in Civil and Criminal Cases
http://www.txs.uscourts.gov/news/notice091806.pdf


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will
continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

CLERK
ATES DISTRICT COURT
RN DISTRICT OF TEXAS
OFFICE BOX 61010
TON, TEXAS 77208
OFFICIAL BUSINESS

012H16202949

**$00.63⁰**
Hasler
12/20/2006
Mailed From 77002
US POSTAGE

INDELIVERABLE
FORWARDING

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

Richard Lynn Palmar
Attorney at Law
4412 74th Stree
Ste A-100
Lubbock, TX 79424

UNDELIVERABLE AS ADDRESSED
FORWARDING ORDER EXPIRED

United States Courts
Southern District of Texas
FILED

DEC 29 2006

Michael N. Milby, Clerk of Court