# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Richard Lynn Palmar
Attorney at Law
4412 74th Stree
Ste A-100
Lubbock TX 79424

United States District Court
Southern District of Texas
FILED

JAN - 5 2007

Micheal N. Milby, Clerk

Case: 1:91-cv-00185   Instrument: 335   (5 pages)   aty
Date: Dec 25, 2006
Control: 061223535
FAX number: 806-795-3220 fax   (6 Total pages including cover sheet)
Notice: The attached order has been entered.

The United States District Court for the Southern District of Texas proposes
to amend its rules to require electronic filing in civil and criminal cases,
effective January 1, 2007.

The new procedures can be found on our web page at http://www.txs.uscourts.gov/
or specifically:

Proposed Amended Local Rule 5.1 and Administrative Procedures for Electronic
Filing in Civil and Criminal Cases
http://www.txs.uscourts.gov/news/notice091806.pdf

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will
continue to attempt to fax all subsequent notices.   For questions, please call (713) 250-5768.

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208
OFFICIAL BUSINESS



No Longer @ this address

United States District Court
Southern District of Texas
FILED
JAN - 5 2007
Michael N. Milby, Clerk