# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED**

JAN 1 7 2007

MICHAEL N. MILBY, CLERK OF COURT

Richard Lynn Palmar
Attorney at Law
4412 74th Stree
Ste A-100
Lubbock  TX  79424

---

Case: 1:91-cv-00185   Instrument: 334   (5 pages)   aty
Date: Dec 22, 2006
Control: 061223520
FAX number: 806-795-3220 fax   (6 Total pages including cover sheet)
Notice: The attached order has been entered.

---

The United States District Court for the Southern District of Texas proposes to amend its rules to require electronic filing in civil and criminal cases, effective January 1, 2007.

The new procedures can be found on our web page at http://www.txs.uscourts.gov/ or specifically:

Proposed Amended Local Rule 5.1 and Administrative Procedures for Electronic Filing in Civil and Criminal Cases
http://www.txs.uscourts.gov/news/notice091806.pdf

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

PALM412 7942242240 IN 19 01/04/07
UNABLE TO FORWARD
NO FORWARD ORDER ON FILE
RETURN TO POSTMASTER
OF ADDRESSEE FOR REVIEW