United States District Court
Southern District of Texas
FILED

MAY 3 1 2007

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| | § | Consolidated with: |
| VS. | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR COMPANY, | § | B-93-137 |
| ET AL | § | B-94-047 |

**MOTION TO APPROVE PURCHASE OF VEHICLE**

TO THE HONORABLE JUDGE OF SAID COURT:

**MARIA LUISA MARTINEZ AGUILAR** as representative of **JULIO IVAN MARTINEZ AGUILAR**, an incapacitated adult, respectfully applies for an order from the Court approving the purchase of a vehicle on behalf of JULIO IVAN MARTINEZ AGUILAR, with money belonging to the ward currently invested in an annuity and states to the Court as follows:

I.

The Ward is the beneficiary of a Special Needs Trust currently managed by AG Edwards, as Trustee. The Trust allows the Ward to use said funds for reasonable expenses as long as such funds are for the use and benefit of the Ward. On or about December 20, 2006 the Court approved the disbursement of Six Thousand Five Hundred ($6,500.00) Dollars towards the purchase of a vehicle.

II.

Applicant and Ad Litem have agreed on the purchase of a 2000 Chevy Astro Van for the sum of Four Thousand ($4,000.00) Dollars plus tax, title and license which will total approximately $350.00 to $500.00. Petitioner will incur additional expense in order to title and register the vehicle in Mexico, the residence of the ward. Such expense should be approximately $500.00.

The vehicle is owned by Jose Luis Abrego whose address is 36932 Encantada Ct., San Benito, Texas.

III.

Ad Litem and Applicant Guardians are of the opinion and believe that the purchase of the vehicle in the Ward's best interest and would benefit the ward. More importantly, the Ward is in need of vehicle to be able to be taken to and from his doctor's appointments. This purchase cannot be made by the Guardian without the assistance of the proceeds of the trust. The current vehicle owned was previously purchased by the Trust. It is in such need of repairs and as such the cost will exceed the value of such vehicle.

IV.

Prayer

WHEREFORE, applicant requests that this Court:

1. Enter an order authorizing the Guardian to make the purchase described above by entering into a contract to purchase the property described above, for the maximum amount requested by this motion;

2. Order that the funds be released from the Special Needs Trust by Trustee AG Edwards in the amount of the purchase and not in excess of the maximum amount approved by this Honorable Court. Trustee is to issue payment in the name of Ricardo M. Adobbati individually, and as ad litem for Julio Ivan Martinez Aguilar for the purchase of the vehicle, inclusive of tax, title & license and Mexican registration in the total amount of $5,000.00.

3. Make any further order that this Court deems proper.

Signed on this the _____ day of _____, 2007.

Respectfully Submitted,

LAW OFFICES OF RICARDO M. ADOBBATI

By: _____
HON. RICARDO M. ADOBBATI
State Bar No. 00790208
Fed I.D. #18458

ATTORNEY AD LITEM

134 East Price Road
Brownsville, Texas 78521
(956) 544-6882
(956) 544-6883 FAX