United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| | § | Consolidated with: |
| VS. | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR COMPANY, | § | B-93-137 |
| ET AL | § | B-94-047 |

**ORDER APPROVING APPLICATION TO INVEST IN REAL ESTATE**

On May 31, 2007, a Motion to Approve Purchase of Vehicle was filed by MARIA LUISA MARTINEZ AGUILAR, as guardian of the beneficiary JULIO IVAN MARTINEZ AGUILAR, an incapacitated adult and the attorney ad litem, RICARDO M. ADOBBATI. After investigating the matter and in light of its investigation and findings, the Court finds that the following order would be beneficial to the ward.

THEREFORE, IT IS ORDERED that MARIA LUISA MARTINEZ AGUILAR is authorized to enter into a purchase the vehicle described in this application, for the maximum sum of $6,500.00 subject to the following terms and conditions:

1. Said vehicle shall be purchased on behalf of, and in the name of the Maria Luisa Martinez Aguilar for the use and benefit of JULIO IVAN MARTINEZ AGUILAR, an incapacitated person;

2. That Trustee, AG Edwards issue payment from the Ward's trust in the amount of $5,000.00 to Ricardo M. Adobbati individually, and as ad litem of Julio Ivan Martinez Aguilar for the purchase of the vehicle, tax, title & license and Mexican registration.

signed on June 4, 2007

_____
JUDGE PRESIDING