IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ, et al | § | CIVIL ACTION NO. B-91-185 |
| Plaintiffs | § | Consolidated with: |
| VS. | § | B-92-079 |
| | § | B-93-009 |
| MALLORY CAPACITOR | § | B-93-137 |
| COMPANY, et al | § | B-94-047 |
| Defendants | § | |

## UNOPPOSED MOTION TO DISSOLVE TRUST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **BERTHA ALICIA MORALES CORTINAS** Beneficiary (hereinafter referred to as Petitioner), by and through her attorney Ad Litem Ricardo M. Adobbati and file this Motion to Dissolve Special Needs Trust and in support thereof would respectfully show the following:

### 1.
### PARTIES

1.01   All necessary parties to this action are properly before the Court and have been duly served with citation in the manner required by law, or have voluntarily entered a general appearance in this cause.

### 2.
### FACTS

2.01   On or about June 27, 1995, this Honorable Court approved a Special Needs Trust on behalf of several plaintiffs as a result of personal injuries received while employed. This Court ordered a Special Needs Trust be created in favor of Petitioner in order to administer settlement proceeds resulting in the above referenced cause of action as a result of a perceived disability by beneficiary.

2.02. Texas Property Code § 112.054 provides that on petition of a beneficiary, a court may order that a trust be modified or terminated if:

(1) the purpose of the trust have been fulfilled or have become illegal or impossible to fulfill; or

(2) because of circumstances not known to or anticipated by the settlor, compliance with the terms of the trust would defeat or substantially impair the accomplishment or the purposes of the trust.

§112.054 (a) Texas Property Code.

2.03   In this case, the above requirements have been met. The current Trustee of the Trust is Encore Trust. Petitioner and Ad Litem respectfully request termination of the Trust because they believe it is in the best interests of the Primary Beneficiary to handle her own financial affairs as **BERTHA ALICIA MORALES CORTINAS** has now attained the age of eighteen (18) years and is fully competent to make decisions regarding this disbursement of the monies held in trust. Petitioner has successfully completed his high school education and currently maintains gainful employment. She is also currently enrolled in college courses at the UTB/TSC.

2.04   Primary petitioner is currently enrolled in university courses, the existence of this trust has affected her ability to receive financial assistance for tuition and continued education. The Trust, although not accessible by petitioner save and except for specific purposes, is considered an asset and as such disqualifies her from qualifying for assistance.

2.05   Petitioner currently maintains approximately **$58,983.59** within said trust after Beginning August 31, 2007 the monthly annuity payments are **$484.00** per month for life, guaranteed for thirty (30) years. Said payments shall heretofore be issued directly to the

beneficiary upon dissolution of the Trust. Such sums shall be issued to **"Bertha Alicia Morales Cortinas and her attorney Ricardo M. Adobbati"**. Said amounts shall be invested in a conservative annuity that will assure she receives monthly payments from said investment on a monthly basis for at least 4 years after the initiation of said annuity. Based on petitioner's needs for health and education, petitioner requests such payment be in the amount of $750.00 per month until the trust funds are exhausted. Such funds shall be used for her education and several wellfare needs. She is also requesting a one time payment of $5,000.00 to purchase a vehicle for her transportation.

    2.06    Encore Trust is <u>not</u> opposed to the dissolution of the trust.

### 3. FINAL ACCOUNTING

    3.01    Encore Trust, Trustee of the Trust, has tendered an accounting of all actions taken by it's Trustee from the inception of the Trust through May 31, 2007 ("the Final Accounting"). Petitioner and Trustee request the Court to approve the Final Accounting and to release and discharge the Trustee from any and all claims and liability related to the Trust and the administration of the Trust assets.

### 4. ATTORNEY'S FEES

    4.01    As a result of the dissolution of such trust, petitioner has found it necessary to retain counsel and hereby seeks recovery of reasonable attorney's fees as allowed by Texas Civil Practice and Remedies Code §38.001. Petitioner has entered into an agreement for the payment of attorney's fees from the corpus of the trust. Such fees will be deducted upon dissolution of the trust.

5.
**PRAYER**

5.01  WHEREFORE, PREMISES CONSIDERED, Petitioner requests that this court grant the termination of the trust and order a final accounting of the trust and after payment of all Trustee's fees, court costs and expenses, legal fees, said monies be distributed to **RICARDO M. ADOBBATI** as attorney ad litem, and **BERTHA ALICIA MORALES CORTINAS** and for such other and further relief, to which petitioner and primary petitioner may show herself justly entitled to receive.

Signed on this the 26th day of August, 2008.

Respectfully submitted,

LAW OFFICES OF RICARDO M. AD0BBATI

By: */s/Ricardo M. Adobbati*
    Ricardo M. Adobbati
    State Bar No. 00790208
    USDC Adm No. 18158

Attorney for Petitioner

134 E. Price Road
Brownsville, Texas 78521
Telephone: (956) 544-6882
Facsimile:  (956) 544-6883

**CERTIFICATE OF CONFERENCE**

I, Ricardo M. Adobbati, attorney for plaintiff conferred with Charmayne Moody, authorized representative for Trustee, EncoreTrust on this 26th day of August, 2008 and he has informed me she is not opposed to the filing of this motion.

    */s/Ricardo M. Adobbati*
    Ricardo M. Adobbati