UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Rolando Rodriguez, et al.

v.                                                    Case No.: 1:91–cv–00185

                                                               Judge Andrew S. Hanen

Mallory Capacitor Company, et al.

                                Defendant

---

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S. Hanen

**PLACE:**
Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 9/10/08

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   August 26, 2008

Michael N. Milby, Clerk