UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Rolando Rodriguez, et al.
                        Plaintiff

v.                                            Case No.: 1:91–cv–00185
                                              Judge Andrew S. Hanen

Mallory Capacitor Company, et al.
                        Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S. Hanen

**PLACE:**
Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 10/15/08

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   September 15, 2008

                                                                     Michael N. Milby, Clerk